B6D (Official Form 6D) (12/07)

In re **Steve Pandi** , Case No. **2:15-bk-08302**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx**<br>**America's Servicing Co.**<br>**obo Wells Fargo Home Mortgage**<br>**P.O. Box 10328**<br>**Des Moines, IA 50306** | | - | **First Mortgage**<br>**Location: 6940 W. Voltaire Avenue, Peoria AZ 85381**<br><br>Value $ 442,000.00 | | | | **400,692.00** | **0.00** |
| Account No. **Pandi**<br>**Arrowhead Lakes HOA**<br>**c/o Brown / Olcott, PLLC**<br>**190 W. Magee, #182**<br>**Tucson, AZ 85704** | | - | **Statutory Lien - HOA fees**<br>**Location: 6940 W. Voltaire Avenue, Peoria AZ 85381**<br><br>Value $ 442,000.00 | | | | **0.00** | **0.00** |
| Account No. **xxxxxxxxxx**<br>**BMW Financial Services**<br>**P.O. Box 3608**<br>**Dublin, OH 43016** | | - | **11/2011**<br>**purchase money security**<br>**2012 BMW M3 Coupe, 80000 miles**<br>**Location: 6940 W. Voltaire Avenue, Peoria AZ 85381**<br>Value $ 32,000.00 | | | | **45,055.31** | **13,055.31** |
| Account No. **x0016**<br>**BMW Financial Services**<br>**P.O. Box 3608**<br>**Dublin, OH 43016** | | - | **7/2013**<br>**purchase money security**<br>**2012 BMW 328i Sedan, 80000 miles**<br>**Location: 6940 W. Voltaire Avenue, Peoria AZ 85381**<br>Value $ 18,000.00 | | | | **24,518.23** | **6,518.23** |
| **2** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **470,265.54** | **19,573.54** |

In re **Steve Pandi**, Case No. **2:15-bk-08302**
  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Cash-1<br>2415 E. Thomas Road<br>Phoenix, AZ 85016 | | - | **Non-Purchase Money Security**<br>**2009 BMW X5, 180000 miles kbb value $11500.00**<br>**Location: 6940 W. Voltaire Avenue, Peoria AZ 85381**<br>Value $ 11,500.00 | | | | 12,000.00 | 500.00 |
| Account No.<br>George Pandi<br>1 Somerset Cres<br>Richmond Hill, Ontario, Canada<br>L4C 8N2 | | - | 5/13/2014<br>**Non-Purchase Money Security**<br>**21229 N. 52nd Avenue, Glendale, AZ 85308 and against Voltaire property and against business inventory**<br>Value $ 420,000.00 | | | | 463,751.84 | 369,751.84 |
| Account No.<br>IRS Special Services<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | tax lien filed<br><br>Value $ 0.00 | | | | 740,000.00 | 740,000.00 |
| Account No. **Pandi lien holder**<br>Jack F. Kelly<br>9783 Newport Coast Circle<br>Las Vegas, NV 89147 | | - | **Deed of Trust**<br>**3806 Rancho Niguel, Las Vegas, NV 89147**<br>Value $ 312,000.00 | | | | 0.00 | 0.00 |
| Account No.<br>Maricopa County<br>Division of County Counsel<br>222 N. Central, #1100<br>Phoenix, AZ 85003 | | - | **Deed of Trust - property taxes**<br>**Location: 6940 W. Voltaire Avenue, Peoria AZ 85381**<br>Value $ 442,000.00 | | | | 0.00 | 0.00 |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **1,215,751.84** **1,110,251.84**

In re **Steve Pandi**, Case No. **2:15-bk-08302**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Maricopa County<br>Division of County Counsel<br>222 N. Central, #1100<br>Phoenix, AZ 85003 | | - | Deed of Trust - property taxes<br><br>21229 N. 52nd Avenue, Glendale, AZ 85308<br><br>Value $ 420,000.00 | | | | 0.00 | 0.00 |
| Account No. **Pandi**<br><br>RLS Capital / Clearfunds<br>4350 E. Camelback Road<br>Phoenix, AZ 85018 | | - | First Mortgage<br><br>21229 N. 52nd Avenue, Glendale, AZ 85308<br><br>Value $ 420,000.00 | | | | 326,000.00 | 0.00 |
| Account No. **Pandi**<br><br>US Loan Services / Jack F. Kelly<br>9670 W. Tropicana Avenue, Suite 100<br>Las Vegas, NV 89147 | | - | First Mortgage<br><br>3806 Rancho Niguel, Las Vegas, NV 89147<br><br>Value $ 312,000.00 | | | | 294,260.00 | 0.00 |
| Account No.<br><br> | | | Value $ | | | | | |
| Account No.<br><br> | | | Value $ | | | | | |
| Sheet 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 620,260.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 2,306,277.38 | 1,129,825.38 |

In re **Steve Pandi** , Case No. **2:15-bk-08302**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4983** <br><br> **Accounts Receivables Technologies** <br> **One Woodbridge Center, Suite 410** <br> **Woodbridge, NJ 07095-1304** | - | | **collection for KBC Media** <br> **business debt** <br> **for noticing purposes only** | | | | 5,041.62 |
| Account No. **Jumpin Jammerz** <br><br> **ADT Security Services** <br> **P.O. Box 650485** <br> **Dallas, TX 75265-0485** | - | | **business debt and personal** | | | | 1,000.00 |
| Account No. **xxxxx-x5M / 11** <br><br> **Aiken Schenk Attorneys** <br> **obo Federal Express** <br> **2390 E. Camelback Road, #400** <br> **Phoenix, AZ 85016** | - | | **colleciton attorney** <br> **business debt** <br> **for noticing purposes only** | | | | 3,629.50 |
| Account No. **xxx xx-xxxxx6900** <br><br> **Avalon Risk Management** <br> **re: US Customs & Border protection** <br> **150 Northwest Point Blvd** <br> **Elk Grove Village, IL 60007** | - | | **business debt** <br> **for noticing purposes only** | | | | 23,637.18 |
| __10__ continuation sheets attached | | | | | Subtotal (Total of this page) | | 33,308.30 |

In re **Steve Pandi**, Case No. **2:15-bk-08302**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx0201**<br><br>**Avalon Risk Management**<br>**re: US Customs & Border protection**<br>**150 Northwest Point Blvd**<br>**Elk Grove Village, IL 60007** | | - | business debt<br>for noticing purposes only | | | | 727.00 |
| Account No. **xxxxxx-xx2940**<br><br>**Baker, Govern & Baker, Inc.**<br>**c/o Hammerman & Hultgren**<br>**3101 N. Central Avenue, Suite 500**<br>**Phoenix, AZ 85012** | | - | business account<br>for noticing purposes only | | | | 60,000.00 |
| Account No. **xx0283**<br><br>**Blaney McMurtry, LLP**<br>**2 Queen Street East, Suite 1500**<br>**Toronto, Ontario M5C-3G5** | | - | collection attorney<br>business debt<br>for noticing purposes only | | | | 2,006.70 |
| Account No. **xx-xx4088**<br><br>**Brennan and Clark**<br>**obo Paychex**<br>**721 E. Madison Street**<br>**Villa Park, IL 60181** | | - | business debt<br>for noticing purposes only | | | | 533.93 |
| Account No. **xxx8483**<br><br>**Caine & Weiner**<br>**21210 Erwin Street**<br>**Woodland Hills, CA 91367** | | - | attorney for U Line<br>business debt<br>for noticing purposes only | | | | 5,968.21 |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **69,235.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steve Pandi**, Case No. **2:15-bk-08302**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xxxxxxx (9612)**<br>**Chase Card Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | - | business debt<br>for noticing purposes only | | | | 10,000.00 |
| Account No. **Jumpin Jammerz**<br>**DHL**<br>**1210 S. Pine Island Rd, 4th Floor**<br>**Fort Lauderdale, FL 33324** | | - | business debt<br>for noticing purposes only | | | | 87,693.18 |
| Account No. **xxxxxx-xx3446**<br>**Entrepeneur Opportunity Fund I, LP**<br>**c/o Clark Hill, PLC**<br>**14850 N. Scottsdale Road, Suite 500**<br>**Scottsdale, AZ 85254** | X | - | business debt w/ personal guarantee | | | | 112,583.00 |
| Account No. **Jumpin Jammerz**<br>**Entrepeneur Opportunity Fund I, LP**<br>**5725 N. Scottsdale Road, C-195**<br>**Scottsdale, AZ 85250** | X | - | business debt<br>for noticing purposes only | | | | 0.00 |
| Account No. **Jumpin Jammerz**<br>**Fedex**<br>**3875 Airways, Module H3, Dept 4634**<br>**Memphis, TN 38116** | | - | business debt<br>for noticing purposes only | | | | 82,000.00 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **292,276.18**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steve Pandi**, Case No. **2:15-bk-08302**
　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx**  Focus Receivables Management  1130 North Chase Parkway, #150  Marietta, GA 30067 | | - | **5/2014**  **collection for Terminix** | | | | 105.00 |
| Account No. **Jumpin Jammerz**  George and Francis Pandi  1 Somerset Cres  Richmond Hill, Ontario, Canada  L4C 8N2 | X | - | **business debt**  **for noticing purposes** | | | | 0.00 |
| Account No. **Jumpin Jammerz**  Grey Hawk Realty  3724 North 3rd Street  Phoenix, AZ 85012 | | - | **business debt**  **for noticing purposes only** | | | | 11,000.00 |
| Account No. **Jumpin Jammerz**  Gulf Coast Shippers  dba Unishippers  3337 N. Hullen, Suite 300  Metairie, LA 70002 | | - | **business debt**  **for noticing purposes only** | | | | 0.00 |
| Account No. **Jumpin Jammerz**  Gurstel Chargo PA  obo Mattel  9320 E. Raintree Drive  Scottsdale, AZ 85260 | | - | **collection attorney**  **business debt**  **for noticing purposes only** | | | | 30,000.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 41,105.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Steve Pandi**, Case No. **2:15-bk-08302**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx4989**<br><br>**Gurstel Chargo PA**<br>**9320 E. Raintree Dr**<br>**Scottsdale, AZ 85260** | - | | collection attorney for Fedex<br>business debt<br>for noticing purposes only | | | | 0.00 |
| Account No. **xx7506**<br><br>**Hammerman & Hultgren, PC**<br>**3101 N. Central Avenue, Suite 500**<br>**Phoenix, AZ 85012** | - | | attorney for National Cine Media<br>business debt<br>for noticing purposes only | | | | 63,446.11 |
| Account No. **Jumpin Jammerz**<br><br>**Hammerman & Hultgren, PC**<br>**obo UPS**<br>**3101 N. Central Avenue, Suite 500**<br>**Phoenix, AZ 85012** | - | | collection attorney<br>business debt<br>for noticing purposes only | | | | 63,000.00 |
| Account No. **Jumpin Jammerz**<br><br>**Hammerman & Hultgren, PC**<br>**obo PAWS**<br>**3101 N. Central Avenue, Suite 500**<br>**Phoenix, AZ 85012** | - | | collection attorney<br>business debt<br>for noticing purposes only | | | | 10,000.00 |
| Account No. **xxxxxx.x0004**<br><br>**Hodgson and Russ**<br>**re: infringement matter**<br>**140 Pearl Street, Suite 100**<br>**Buffalo, NY 14202** | - | | business debt<br>for noticing purposes only | | | | 1,700.00 |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 138,146.11

In re **Steve Pandi**, Case No. **2:15-bk-08302**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx.x0001** <br><br> **Hodgson and Russ** <br> **re: immigration matter** <br> **140 Pearl Street, Suite 100** <br> **Buffalo, NY 14202** | - | | business debt <br> for noticing purposes only | | | | 1,363.30 |
| Account No. **xxxxxx.x0006** <br><br> **Hodgson and Russ** <br> **re: It's a Footed Thing** <br> **140 Pearl Street, Suite 100** <br> **Buffalo, NY 14202** | - | | business debt <br> for noticing purposes only | | | | 60.00 |
| Account No. **xxxxxx.x0010** <br><br> **Hodgson and Russ** <br> **re: ASC & Design** <br> **140 Pearl Street, Suite 100** <br> **Buffalo, NY 14202** | - | | business debt <br> for noticing purposes only | | | | 1,333.00 |
| Account No. **Pandi** <br><br> **Kevin A. Marshall, CPA** <br> **Better Office Solutions** <br> **1630 E. River Road, #120** <br> **Tucson, AZ 85718** | - | | tax preparer / CPA | | | | 0.00 |
| Account No. **Jumpin Jammerz** <br><br> **King Features Licensing** <br> **a Unit of Hearst Corporation** <br> **300 W. 57th Street** <br> **New York, NY 10019-5238** | - | | business debt <br> for noticing purposes only | | | | 1,158.56 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,914.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steve Pandi**, Case No. **2:15-bk-08302**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jumpin Jammerz**<br><br>**Merchant Capital Services, LLC**<br>**2120 Main Street, Suite #220**<br>**Huntington Beach, CA 92648** | | - | **business debt**<br>**for noticing purposes only** | | | | 67,000.00 |
| Account No. **xxxx8500**<br><br>**Monitronics Funding**<br>**Department CH 8628**<br>**Palatine, IL 60055-8628** | | - | **business debt**<br>**for noticing purposes only** | | | | 342.53 |
| Account No. **Jumpin Jammerz**<br><br>**Mrs. Jello, LLC**<br>**c/o Escrow.com**<br>**30318 Esperanza**<br>**Rancho Santa Margarita, CA 92688** | | - | **business debt**<br>**for noticing purposes only** | | | | 80,000.00 |
| Account No. **Jumoin Jammerz**<br><br>**Namco Bandai Games**<br>**Attn: Matthew Datum**<br>**1740 Technology Drive, Suite 600**<br>**San Jose, CA 95110** | | - | **business debt**<br>**for noticing purposes only** | | | | 8,500.00 |
| Account No. **Jumpin Jammerz**<br><br>**National Cinemedia**<br>**9110 E. Nichols Ave., Suite 200**<br>**Englewood, CO 80112** | | - | **business debt**<br>**for noticing purposes only** | | | | 60,000.00 |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **215,842.53**

In re **Steve Pandi**, Case No. **2:15-bk-08302**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx / xxxxxxx4034**<br><br>**Nationwide Credit Inc.**<br>**2002 Summit Blvd, Ste 600**<br>**Atlanta, GA 30319** | | - | **collection for JP Morgan Chase**<br>**business debt**<br>**for noticing purposes only** | | | | 659.25 |
| Account No. **Jumpin Jammerz**<br><br>**Party Time Costume & Lingerie**<br>**c/o Barry Renzen**<br>**918 9th Street, #B**<br>**Santa Monica, CA 90403** | | - | **business account**<br>**for noticing purposes only** | | | | 24,000.00 |
| Account No. **xxxxxx2583**<br><br>**Progressive Financial Services**<br>**P.O. Box 22083**<br>**Tempe, AZ 85285** | | - | **collection for City of Phoenix**<br>**business debt**<br>**for noticing purposes only** | | | | 96.00 |
| Account No. **xxxxxx54-AT**<br><br>**RMS**<br>**4836 Brecksville Road**<br>**P.O. Box 523**<br>**Richfield, OH 44286** | | - | **collection for JEB Commerce**<br>**business debt**<br>**for noticing purposes only** | | | | 0.00 |
| Account No. **xxxxxxR137**<br><br>**RMS**<br>**4836 Brecksville Road**<br>**P.O. Box 523**<br>**Richfield, OH 44286** | | - | **collection for UPS Supply**<br>**business debt**<br>**for noticing purposes only** | | | | 618.21 |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **25,373.46**

In re **Steve Pandi**, Case No. **2:15-bk-08302**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx-xx3446<br><br>Ross Family Holdings, LLC<br>c/o Clark Hill, PLC<br>14850 N. Scottsdale Road, Suite 500<br>Scottsdale, AZ 85254 | X | - | business debt<br>for noticing purposes only | | | | 98,084.00 |
| Account No. xxxxxx-xx3446<br><br>SAMT 2009, LLC<br>c/o Clark Hill, PLC<br>14850 N. Scottsdale Road, Suite 500<br>Scottsdale, AZ 85254 | X | - | business debt w/ personal guarantee | | | | 189,333.00 |
| Account No. xxxxxxxxxx / xx4067<br><br>Synter Resource Group<br>obo UPS Supply Chain<br>5935 Rivers Avenue, Suite 102<br>Charleston, SC 29406 | | - | business debt<br>for noticing purposes only | | | | 50.65 |
| Account No. Jumpin Jammerz<br><br>Tom Pandi<br>1 Somerset Cres<br>Richmond Hill, Ontario, Canada<br>L4C 8N2 | | - | busioness debt<br>for noticing purposes only | | | | 18,000.00 |
| Account No. xxxxxxxxxx<br><br>Transworld Systems Inc<br>2235 Mercury Way, Suite 275<br>Santa Rosa, CA 95407 | | - | 10/2014<br>collection for APS | | | | 472.00 |

Sheet no. **8** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **305,939.65**

In re **Steve Pandi** , Case No. **2:15-bk-08302**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6400** <br><br> **Transworld Systems Inc** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | | - | collection for ADT <br> business debt <br> for noticing purposes only | | | | 1,181.86 |
| Account No. **Jumpin Jammerz** <br><br> **Unishippers** <br> **2855 W. Beck Lane** <br> **Chino Valley, AZ 86323** | | - | business debt <br> for noticing purposes only | | | | 36,000.00 |
| Account No. **xxxxxxxxxxxx** <br><br> **Verizon Wireless** <br> **P.O. Box 49** <br> **Lakeland, FL 33802** | | - | 6/2014 <br> phone service | | | | 956.00 |
| Account No. **Jumpin Jammerz** <br><br> **Webbank** <br> **c/o Paypal Working Capital** <br> **P.O. Box 5018** <br> **Timonium, MD 21094** | | - | business debt <br> for noticing purposes only | | | | 16,900.00 |
| Account No. **xxxxxx-xx0770** <br><br> **WWE, Inc.** <br> **c/o Marko and Sarko Law, PLLC** <br> **706 E. Bell Road, Suite 124** <br> **Phoenix, AZ 85022** | | - | attorney for business account <br> for noticing purposes only | | | | 17,500.00 |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **72,537.86**

In re **Steve Pandi**, Case No. **2:15-bk-08302**
                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jumpin Jammerz** <br><br> **WWE, Inc.** <br> **1241 East Main Street** <br> **Stamford, CT 06902** | | - | **business debt** <br> **for noticing purposes only** | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

Total (Report on Summary of Schedules)   **1,197,679.79**