ALLEN D. BUTLER, P.C.
406 E. Southern Avenue
Tempe, AZ 85282-2674
Tel: (480) 921-0626
Fax: (480) 967-5075
Allen D. Butler #5392 - abutler@legalaz.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceeding under Chapter 11 |
| JUMPIN JAMMERZ, LLC | Case No. 2:15-bk-08300 DPC |
| Debtor. | (Jointly Administered) |
| STEVE PANDI | Case No. 2:15-bk-08302 DPC |
| Debtor. | NOTICE OF FILING AMENDED MONTHLY REPORTS FOR DEBTOR STEVE PANDI FOR MONTHS JULY, AUGUST, SEPTEMBER & OCTOBER |

NOTICE IS HEREBY GIVEN that Debtor Steve Pandi is filing Amended Monthly Reports for the months of July, August, September, and October.

1. Debtor Steve Pandi owns Jumpin Jammerz, LLC, (Case No. 15-bk-08300) and the two Chapter 11 bankruptcies are being jointly administered.

2. Steve Pandi also owns another company, AwwSoCute, LLC.

3. At the time of filing the Chapter 11 cases, Pandi's personal bank account was overdrawn. Because of the status of the account, the bank closed the account and would not open the requisite DIP accounts.

4. After considerable searching, including inquiries to JPMorgan Chase, Bank of America, Wells Fargo and Comerica Bank), Pandi was finally able to open a DIP account in September and is working towards transferring his income streams and bill pays into the new account.

5. In the interim, most of Pandi's living expenses have been paid from the AwwSoCute bank account and, on occasion, from Jumpin Jammerz. Attached to the monthly reports as Exhibits A and B (when applicable) are transaction reports showing funds paid from AwwSoCute and Jumpin Jammerz on Pandi's behalf.

1    6.  In addition, Pandi owns two rental properties, one in Glendale, Arizona and

2    one in Las Vegas.  He had no income generated from the properties in July. The

3    properties have generated income in subsequent months.

4        7.  The Glendale property was being repaired (July through October), due to

5    damages caused by the prior tenant, in preparation for leasing later in the year.  Pandi

6    plans to rent the property as a vacation rental, and has customers already lined up.

7        8.  The Las Vegas property is also being leased as a vacation rental.  It is

8    expected that this plan will generate substantially more income then renting the

9    properties as residential property.

10                    RESPECTFULLY SUBMITTED this _18th_ day of December, 2015.

11

12                            ALLEN D. BUTLER, P.C.

13

14                            _/s/ adb 5335_____
                              Allen D. Butler, Esq.
15                            406 E. Southern Avenue
                              Tempe, AZ 85282
16

17   Copy of the foregoing filed
     and mailed / e-mailed this
18   _18_ day of December, 2015, to:

19

20   Jennifer A. Giaimo
     Office of the U.S. Trustee
21   230 N. First Avenue, Suite 204
     Phoenix, AZ 85003-1706

22

23   Jennifer.A.Giaimo@usdoj.gov

24
     By: _____
25

26

27

28

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                            )          CASE NO. 2:15-bk-08302 DPC
                                               )
Jumpin Jammerz, LLC )  **INDIVIDUAL DEBTOR ENGAGED IN**
      Debtor        )  **BUSINESS MONTHLY REPORT**
                        )
Steve Pandi        )  MONTH OF       July, 2015
      Debtor       )  DATE PETITION FILED:  July 2, 2015
                        )
             Debtor(s) )  TAX PAYER ID NO. :

Nature of Debtor's Business:     rental properties; online sales
Nature of Co-Debtor's Business:

    DATE DISCLOSURE STATEMENT   FILED              TO BE FILED  2/15/2016
    DATE PLAN OF REORGANIZATION FILED              TO BE FILED  2/15/2016

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_Steve Pandi_                                                          
ORIGINAL SIGNATURE OF DEBTOR                         ORIGINAL SIGNATURE OF CO-DEBTOR

_Steve Pandi_
PRINTED NAME OF DEBTOR                                  PRINTED NAME OF CO-DEBTOR

_12/16/2015_
          DATE                                           DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER                         TITLE

PRINTED NAME OF PREPARER                                DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**

               PHONE NUMBER:

                    ADDRESS:

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Post-Petition ~~Debtor-in-Possession~~ Accounts | | | | | TOTAL |
|---|---|---|---|---|---|---|
| | Cash | Checking | Savings | | | |
| | | # (295.65) | # | # | | |
| Balance at Beginning of Period | | | | | | |

| RECEIPTS | | | | | | |
|---|---|---|---|---|---|---|
| Wages - Debtor | | | | | | |
| Wages - Co-Debtor | | | | | | |
| Loans and Advances | | | | | | |
| Sale of ~~Assets~~ Merchandise | | 742.24 | | | | |
| Gifts (money) | | | | | | |
| Transfers from ~~Other DIP Accounts~~ Brokerage | | 1128.00 | | | | |
| Other (attach list) | | | | | | |
| TOTAL RECEIPTS | | 1870.24 | | | | |

| TOTAL DISBURSEMENTS | | 2432.80 | | | | |
|---|---|---|---|---|---|---|
| Balance at End of Month | | (858.21) | | | | |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | | |
|---|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 2432.80 | |
| Plus: Estate Disbursements Made by Outside Sources   disbursements Awwsocute | 2430.51 | Ex A |
| Plus:   disbursements Jumpin Jammerz | 3736.70 | Ex B |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | | |
| Less: Transfers between debtor-in-possession bank accounts | | |
| Total Disbursements for Calculating Quarterly Fees | 8600.01 | |

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

See Exhibit C

Month: July
Account # XXXXX00

Bank Name Chase

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | |

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

|  | BANK ACCOUNTS | | | |
|---|---|---|---|---|
|  | Operating | Payroll | Tax | Total |
|  | # | # | # |  |

| Balance at Beginning of Period |  |  |  |  |
|---|---|---|---|---|

| RECEIPTS |  |  |  |  |
|---|---|---|---|---|
| Cash Sales |  |  |  |  |
| Accounts Rceivable - Prepetition |  |  |  |  |
| Accounts Rceivable - Postpetition |  |  |  |  |
| Loans and Advances |  |  |  |  |
| Sale of Assets |  |  |  |  |
| Transfers from Other DIP Accounts |  |  |  |  |
| Other (attach list) |  |  |  |  |
|  |  |  |  |  |
| TOTAL RECEIPTS |  |  |  |  |

| DISBURSEMENTS |  |  |  |  |
|---|---|---|---|---|
| Business - Ordinary Operations |  |  |  |  |
| Capitol Improvements |  |  |  |  |
| Pre-Petition Debt |  |  |  |  |
| Transfers to Other DIP Accounts |  |  |  |  |
| Other (attach list) |  |  |  |  |
|  |  |  |  |  |
| Reorganization Expenses: |  |  |  |  |
| Attorney Fees |  |  |  |  |
| Accountant Fees |  |  |  |  |
| Other Professional Fees |  |  |  |  |
| U. S. Trustee Quarterly Fee |  |  |  |  |
| Court Costs |  |  |  |  |
|  |  |  |  |  |
| TOTAL DISBURSEMENTS |  |  |  |  |

| Balance at End of Month |  |  |  |  |
|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: |  |
|---|---|
| Total Disbursements From Above |  |
| Less: Transfers to Other DIP Accounts |  |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) |  |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) |  |

# INCOME STATEMENT

(Accrual Basis)

*Glendale Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 2500 (recieved prior to filing) | | 0 |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 2500 | | 2500 |
|---|---|---|---|

# INCOME STATEMENT
(Accrual Basis)

*Vegas Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | Ø | | Ø |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) mtg | Ø | | Ø |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | Ø | | Ø |
|---|---|---|---|

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | A fee application has been filed for fees and costs | | | | |
| Secured Debt | from the date of filing through 12/7/15 for $44,879.03 | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | ✓ | |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| Are any wages past due? | | ✓ |
| Are any U. S. Trustee quarterly fees delinquent? | | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Debtor has been unable to open a DIP account yet. Personal expenses have been paid by draws from Aww So Cute, LLC (a company owned by debtor) and from Jumpin Jammerz, LLC

Current number of employees: _____

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Farmers  98628-56-44 | Vegas property | 7/15 to 7/16 | 978.⁸⁰/yr |
| Oasis  04MGEP0245318 | Auto (3) | 8/15 to 2/16 | 3502.⁵⁰/6 mos. |
| | Glendale property | | |
| | Voltaire (home) | | |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

Expenses decreased; Debtor is rebuilding his business after relief from unsecured debt service; Property in Glendale is being repaired from damage caused by Tenant in preparation for re-leasing the property as a vacation rental home.

Identify any matters that are delaying the filing of a plan of reorganization.

A motion has been filed to extend the date to file the plan to February 15, 2016 to allow the Debtors in the consolidated cases to reflect income and expenses through the "Busy Season" of November, December and January.

Page 9

Case 2:15-bk-08302-DPC    Doc 43    Filed 12/18/15    Entered 12/18/15 14:18:10    Desc
Main Document    Page 11 of 18

# DISBURSEMENT DETAIL
## (Business Entity)

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

**Month:** _____
**Account #** _____

**Bank Name** _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | | Total Cash/Electronic Disbursements |  |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Number | Date | Payee | Purpose | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total checks listed on this page |  |  |  |  |
| Total checks listed on continuation pages |  |  |  |  |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) |  |
|---|---|

Page 10

EXHIBIT A

Awwsocute payments

| Post Date | Description (July) | Amount |
|---|---|---|
| 7/16/2015 | AGELESS MEN`S HEALTH AZ GLENDALE AZ | 210.00 |
| 7/2/2015 | ATM WITHDRAWAL | 200.00 |
| 7/30/2015 | BASHAS' #120 PEORIA AZ | 37.50 |
| 7/3/2015 | COX*LAS VEGAS COMM SV | 56.51 |
| 7/13/2015 | DTV*DIRECTV SERVICE | 531.26 |
| 7/15/2015 | DTV*DIRECTV SERVICE | 195.23 |
| 7/23/2015 | LOWES #01117* PEORIA AZ | 25.78 |
| 7/15/2015 | SOUTHWEST GAS | 14.20 |
| 7/6/2015 | SOUTHWEST GAS | 44.18 |
| 7/15/2015 | SPROUTVIDEO LLC | 50.00 |
| 7/23/2015 | VALLEY MEDICAL WEIGHT | 65.85 |
| 7/1/2015 | WITHDRAWAL | 1,000.00 |
| | | 2,430.51 |
| 8/27/2015 | AGELESS MEN`S HEALTH AZ GLENDALE AZ (August) | 210.00 |
| 8/31/2015 | ATM WITHDRAWAL | 500.00 |
| 8/31/2015 | BASHAS' #120 PEORIA AZ | 138.92 |
| 8/3/2015 | COX*LAS VEGAS COMM | 62.71 |
| 8/24/2015 | DTV*DIRECTV SERVICE | 237.22 |
| 8/13/2015 | DTV*DIRECTV SERVICE | 303.61 |
| 8/27/2015 | FLOOR & DECOR #111 | 484.61 |
| 8/21/2015 | LOWES #01117* PEORIA AZ | 43.13 |
| 8/24/2015 | LOWES #01117* PEORIA AZ | 51.34 |
| 8/21/2015 | NON-CHASE ATM WITHDRAW | 203.00 |
| 8/27/2015 | REPUBLIC SERVICES | 185.00 |
| 8/27/2015 | REPUBLIC SERVICES TRA | 100.00 |
| 8/3/2015 | SOUTHWEST GAS | 40.90 |
| 8/17/2015 | SOUTHWEST GAS | 15.77 |
| 8/26/2015 | SOUTHWEST GAS   APP | 30.46 |
| 8/17/2015 | SPROUTVIDEO LLC | 50.00 |
| 8/28/2015 | SQ *CHAD MICHAEL HAIR Scottsdale AZ | 172.50 |
| 8/31/2015 | SQ *MILLENIUM LAWN SERV Las Vegas NV | 125.00 |
| 8/28/2015 | THE HOME DEPOT 459 GLENDALE AZ | 16.36 |
| 8/28/2015 | THE HOME DEPOT 459 GLENDALE AZ | 16.29 |
| 8/28/2015 | THE HOME DEPOT 459 GLENDALE AZ | 50.88 |
| 8/28/2015 | THE HOME DEPOT 459 GLENDALE AZ | 75.00 |
| 8/31/2015 | THE HOME DEPOT 459 PEORIA AZ | 143.62 |
| 8/31/2015 | THE HOME DEPOT 475 GLENDALE AZ | 22.71 |
| 8/27/2015 | TRULY NOLEN OF AMERIC | 802.00 |
| 8/26/2015 | WITHDRAWAL | 550.00 |
| 8/28/2015 | WITHDRAWAL 08/28 | 500.00 |
| 8/31/2015 | WITHDRAWAL 08/31 | 5,000.00 |
| | | 10,131.03 |

Case 2:15-bk-08302-DPC    Doc 43    Filed 12/18/15    Entered 12/18/15 14:18:10    Desc
Main Document    Page 13 of 18

EXHIBIT $\mathcal{b}$

### Jumpin Jammerz
### Transactions by Account
#### As of July 31, 2015

| Type | Date | Num | Name | Debit |
|------|------|-----|------|-------|
| **Members Draw** | | | | |
| Check | 07/02/2015 | | LVAC Tap Acct | 20.00 |
| Check | 07/03/2015 | | City of Peoria | 348.67 |
| Check | 07/03/2015 | | Pioneer Credit | 5.00 |
| Check | 07/10/2015 | | WITHDRAWAL | 2.50 |
| Check | 07/10/2015 | | WITHDRAWAL | 103.00 |
| Check | 07/13/2015 | | BASHAS | 97.76 |
| Check | 07/13/2015 | | McDonalds | 11.02 |
| Check | 07/13/2015 | | Frys | 145.84 |
| Check | 07/13/2015 | | Time Warner | 97.94 |
| Check | 07/14/2015 | | Domino's | 76.31 |
| Check | 07/17/2015 | | BASHAS | 99.71 |
| Check | 07/20/2015 | | Chipotle | 23.62 |
| Check | 07/20/2015 | | Sirrcos Las | 20.00 |
| Check | 07/20/2015 | | Rock N Roll Sushi | 47.76 |
| Check | 07/20/2015 | | Frys | 30.37 |
| Check | 07/22/2015 | | Chelseas Kitchen | 46.45 |
| Deposit | 07/23/2015 | | Brokerage | |
| Check | 07/23/2015 | | McDonalds | 9.94 |
| Check | 07/27/2015 | | ATM Withdraw | 125.99 |
| Check | 07/27/2015 | | MR Vegas TVs | 140.00 |
| Check | 07/27/2015 | | Millenium Lawn Svc | 250.00 |
| Check | 07/28/2015 | | BASHAS | 141.02 |
| Check | 07/28/2015 | | Cox | 226.80 |
| Check | 07/29/2015 | | WITHDRAWAL | 264.00 |
| Check | 07/31/2015 | | Brokerage | 300.00 |
| General Journal | 07/31/2015 | 59 | | |
| General Journal | 07/31/2015 | 61 | ATM Withdraw | 303.00 |
| General Journal | 07/31/2015 | 61 | ATM Withdraw | 200.00 |
| General Journal | 07/31/2015 | 61 | Pandl, Tom | 350.00 |
| General Journal | 07/31/2015 | 61 | Pandl, Tom | 250.00 |
| **Total Members Draw** | | | | **3,736.70** |
| | | | | |
| **TOTAL** | | | | **3,736.70** |

EXHIBIT C

**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 07, 2015 through August 06, 2015
Primary Account:                                    100

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00002427 DRE 601 142 21915 NNYNNYNNNN T 1 000000000 24 0000
STEVE PANDI
6940 W VOLTAIRE AVE
PEORIA AZ 85381-5057

We updated your Deposit Account Agreement

We made the following changes to your agreement on July 19, 2015:
- Revised the explanation of when funds will be available after you deposit checks
  drawn on a Chase account in a branch or at an ATM or eATM
- Updated the language about powers of attorney to clarify our responsibilities
  when you use one

Also, starting September 20, 2015, ATM cards can only be used at ATMs and eATMs
and can no longer be used to purchase goods and services. This doesn't change
how debit cards are used.

You can view a copy of your updated agreement anytime by logging in to chase.com,
or by visiting any of our branches. If you have questions, please call us at the number
on this statement or visit any of our branches.

## Our worksheet for balancing your checkbook is now on chase.com

Beginning July 20, your statement will no longer include our worksheet for balancing your checkbook. You can still access
this form on chase.com.

To find this guide online:
1. Go to chase.com/checking/account-tips
2. Scroll down to the section titled Track Your Spending
3. Download the Balancing your Checkbook Worksheet

Please call us at the number on this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | | -$295.65 | -$858.21 |
| **Total** | | **-$295.65** | **-$858.21** |

# CHASE 

## CONSOLIDATED BALANCE SUMMARY (continued)

| Investments | ACCOUNT | MARKET VALUE PRIOR PERIOD | MARKET VALUE THIS PERIOD |
|---|---|---|---|
| Chase Investment Account as of 07/31/15 | ***************6261 | 1,232.97 | 405.00 |
| Total | | $1,232.97 | $405.00 |

Please review the important disclosures following the Consolidated Balance Summary.

> Investment accounts and insurance products are: Not a Deposit - Not FDIC Insured - Not Insured by any Federal Government Agency - Not Guaranteed by the Bank - May Go Down In Value.

| TOTAL ASSETS | $937.32 | -$453.21 |
|---|---|---|

All Summary Balances shown are as of August 6, 2015 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Securities and investment advisory services are offered through J.P. Morgan Securities LLC. (JPMS). JPMS, a member of FINRA, NYSE and SIPC, is an affiliate of JPMorgan Chase Bank, N.A.

## CHASE TOTAL CHECKING

STEVE PANDI                                          Account Number:

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | -$295.65 |
| Deposits and Additions | 1,870.24 |
| Checks Paid | - 425.00 |
| ATM & Debit Card Withdrawals | - 1,016.31 |
| Electronic Withdrawals | - 742.88 |
| Fees and Other Withdrawals | - 248.61 |
| Ending Balance | -$858.21 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2216 ^ | 07/27 | $425.00 |
| Total Checks Paid | | $425.00 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.



**CHASE** 🔵

July 07, 2015 through August 06, 2015
Primary Account: `‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ 00`

## TRANSACTION DETAIL



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **-$295.65** |
| 07/10 | Recurring Card Purchase 07/10 Eosfitness.Com Azp 800-693-3948 AZ Card 2395 | - 34.53 | -330.18 |
| 07/10 | Insufficient Funds Fee For A $34.53 Recurring Card Purchase - Details: 0710Eosfitness.Com Azp 800-693-3948 AZ  04750556081972395 | - 34.00 | -364.18 |
| 07/10 | Extended Overdraft Fee | - 15.00 | -379.18 |
| 07/15 | Amazon.Com     Marketplac Eblvf013Oqfyooj CCD ID: 3215240102 | 313.10 | -66.08 |
| 07/17 | Nas-Coal    27Jun151648 | - 12.61 | -78.69 |
| 07/22 | Returned Item Fee For An Unpaid Check #2216 IN The Amount of $425.00 | - 34.00 | -112.69 |
| 07/23 | Jpms     Brokerage  Manual CR-Bkrg  PPD ID: 8980830412 | 1,128.00 | 1,015.31 |
| 07/27 | Card Purchase     07/24 Sq *Millenium Lawn Serv Las Vegas NV Card 2395 | - 250.00 | 765.31 |
| 07/27 | Card Purchase     07/24 Pp*Mrvegastvs Las Vegas NV Card 2395 | - 140.00 | 625.31 |
| 07/27 | Non-Chase ATM Withdraw  07/24 P2008  Eiffel Tower Res Las Vegas NV Card 2395 | - 125.99 | 499.32 |
| 07/27 | Card Purchase     07/25 Carpets Galore Inc Las Vegas NV Card 2395 | - 57.00 | 442.32 |
| 07/27 | Card Purchase With Pin  07/25 Tj Tj Maxx Las Vegas NV Card 2395 | - 264.82 | 177.50 |
| 07/27 | Card Purchase     07/25 The Home Depot 3314 Las Vegas NV Card 2395 | - 97.05 | 80.45 |
| 07/27 | Card Purchase     07/26 Shell Oil 57442344503 Las Vegas NV Card 2395 | - 46.92 | 33.53 |
| 07/27 | Check     # 2216 | - 425.00 | -391.47 |
| 07/27 | Non-Chase ATM Fee-With | - 2.00 | -393.47 |
| 07/27 | Insufficient Funds Fee For Check #2216 IN The Amount of $425.00 | - 34.00 | -427.47 |
| 07/29 | Amazon.Com     Marketplac Ehwfbis79Oiqtpt CCD ID: 3215240102 | 429.14 | 1.67 |
| 07/30 | Glaic     Inspayment     PPD ID: 5540596414 | - 50.75 | -49.08 |
| 07/30 | Insufficient Funds Fee For A $50.75 Item - Details: Glaic     Inspayment PPD ID: 5540596414 | - 34.00 | -83.08 |
| 07/31 | Jpms     Brokerage  Manual Db-Bkrg  PPD ID: 8980830412 | - 300.00 | -383.08 |
| 07/31 | Insufficient Funds Fee For A $300.00 Item - Details: Jpms Brokerage  Manual Db-Bkrg  PPD ID: 8980830412 | - 34.00 | -417.08 |
| 08/05 | City of Peoria   Utilities     PPD ID: 5866003634 | - 392.13 | -809.21 |
| 08/05 | Insufficient Funds Fee For A $392.13 Item - Details: City of Peoria   Utilities PPD ID: 5866003634 | - 34.00 | -843.21 |
| 08/06 | Extended Overdraft Fee | - 15.00 | -858.21 |
|  | **Ending Balance** |  | **-$858.21** |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (Your total direct deposits this period were $1,870.24. Note: some deposits may be listed on your previous statement )

- **OR,** keep a minimum daily balance in this checking account of **$1,500.00 or more**
  (Your minimum daily balance was -$427.47)

- **OR,** keep an average daily balance of qualifying linked deposits and investments of **$5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $1,039.05)



## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
| --- | --- | --- |
| Total Overdraft Fees * | $200.00 | $721.00 |
| Total Returned Item Fees | $34.00 | $170.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Total Refunds for Overdraft or Returned Item Fees Identified above:          $.00          $68.00

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC