ALLEN D. BUTLER, P.C.
406 E. Southern Avenue
Tempe, AZ 85282-2674
Tel: (480) 921-0626
Fax: (480) 967-5075
Allen D. Butler #5392 - abutler@legalaz.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceeding under Chapter 11 |
| JUMPIN JAMMERZ, LLC | Case No. 2:15-bk-08300 DPC |
| Debtor. | (Jointly Administered) |
| STEVE PANDI | Case No. 2:15-bk-08302 DPC |
| Debtor. | NOTICE OF FILING AMENDED MONTHLY REPORTS FOR DEBTOR STEVE PANDI FOR MONTHS JULY, AUGUST, SEPTEMBER & OCTOBER |

NOTICE IS HEREBY GIVEN that Debtor Steve Pandi is filing Amended Monthly Reports for the months of July, August, September, and October.

1. Debtor Steve Pandi owns Jumpin Jammerz, LLC, (Case No. 15-bk-08300) and the two Chapter 11 bankruptcies are being jointly administered.

2. Steve Pandi also owns another company, AwwSoCute, LLC.

3: At the time of filing the Chapter 11 cases, Pandi's personal bank account was overdrawn. Because of the status of the account, the bank closed the account and would not open the requisite DIP accounts.

4. After considerable searching, including inquiries to JPMorgan Chase, Bank of America, Wells Fargo and Comerica Bank), Pandi was finally able to open a DIP account in September and is working towards transferring his income streams and bill pays into the new account.

5. In the interim, most of Pandi's living expenses have been paid from the AwwSoCute bank account and, on occasion, from Jumpin Jammerz. Attached to the monthly reports as Exhibits A and B (when applicable) are transaction reports showing funds paid from AwwSoCute and Jumpin Jammerz on Pandi's behalf.

6. In addition, Pandi owns two rental properties, one in Glendale, Arizona and one in Las Vegas. He had no income generated from the properties in July. The properties have generated income in subsequent months.

7. The Glendale property was being repaired (July through October), due to damages caused by the prior tenant, in preparation for leasing later in the year. Pandi plans to rent the property as a vacation rental, and has customers already lined up.

8. The Las Vegas property is also being leased as a vacation rental. It is expected that this plan will generate substantially more income then renting the properties as residential property.

RESPECTFULLY SUBMITTED this _18th_ day of December, 2015.

ALLEN D. BUTLER, P.C.


_/s/ adb 5335_
Allen D. Butler, Esq.
406 E. Southern Avenue
Tempe, AZ 85282

Copy of the foregoing filed
and mailed / e-mailed this
_18th_ day of December, 2015, to:

Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

Jennifer.A.Giaimo@usdoj.gov

By: _____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )
)  CASE NO. _2:15-bk - 08302 DPC_
_Jumpin Jammuz, LLC_ )
Debtor )  **INDIVIDUAL DEBTOR ENGAGED IN**
_Steve Pandi_ )  **BUSINESS MONTHLY REPORT**
Debtor )
)  MONTH OF _August, 2015_
)  DATE PETITION FILED: _July 2, 2015_
Debtor(s) )
)  TAX PAYER ID NO. :

Nature of Debtor's Business: _rental properties; on-line sales_
Nature of Co-Debtor's Business:

| | FILED | TO BE FILED | |
|---|---|---|---|
| DATE DISCLOSURE STATEMENT FILED | | TO BE FILED | _2/15/2016_ |
| DATE PLAN OF REORGANIZATION FILED | | TO BE FILED | _2/15/2016_ |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_____          _____
ORIGINAL SIGNATURE OF DEBTOR          ORIGINAL SIGNATURE OF CO-DEBTOR

_Steve Pandi_
PRINTED NAME OF DEBTOR                PRINTED NAME OF CO-DEBTOR

_12/16/2015_
DATE                                 DATE

PREPARER:

_____          _____
ORIGINAL SIGNATURE OF PREPARER        TITLE

_____          _____
PRINTED NAME OF PREPARER              DATE

PERSON TO CONTACT REGARDING THIS REPORT:

PHONE NUMBER:                        _____

ADDRESS:                             _____

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
## INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | | # | # | # | |
| Balance at Beginning of Period | | − 858. 21 | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of ~~Assets~~ merchandise | | 704.74 | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Othe. | | | | | |
| TOTAL RECEIPTS | | 704. 74 | | | |

| TOTAL DISBURSEMENTS | | 155.53 | | | |
|---|---|---|---|---|---|

| Balance at End of Month | | − 309. 00 | | | |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | | |
|---|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 155.53 | |
| Plus: Estate Disbursements Made by Outside Sources    disbursements - Awesome | 3,586.64 | Ex A |
| Plus:    disbursements - Jumpin Jammer | 2,021.89 | Ex B |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | | |
| Less: Transfers between debtor-in-possession bank accounts | | |
| Total Disbursements for Calculating Quarterly Fees | 5764.06 | |

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

*See Exhibit C*

Month: *August*

Account # *XXXXX OO*

Bank Name *Chase*

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | Total Payroll Deductions - report on page 2 | | |

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

|  | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
|  | Operating | Payroll | Tax |  |
|  | # | # | # |  |
| Balance at Beginning of Period |  |  |  |  |
| **RECEIPTS** |  |  |  |  |
| Cash Sales |  |  |  |  |
| Accounts Rceivable - Prepetition |  |  |  |  |
| Accounts Rceivable - Postpetition |  |  |  |  |
| Loans and Advances |  |  |  |  |
| Sale of Assets |  |  |  |  |
| Transfers from Other DIP Accounts |  |  |  |  |
| Other  (attach list) |  |  |  |  |
|  |  |  |  |  |
| TOTAL RECEIPTS |  |  |  |  |
| **DISBURSEMENTS** |  |  |  |  |
| Business - Ordinary Operations |  |  |  |  |
| Capitol Improvements |  |  |  |  |
| Pre-Petition Debt |  |  |  |  |
| Transfers to Other DIP Accounts |  |  |  |  |
| Other  (attach list) |  |  |  |  |
|  |  |  |  |  |
| **Reorganization Expenses:** |  |  |  |  |
| Attorney Fees |  |  |  |  |
| Accountant Fees |  |  |  |  |
| Other Professional Fees |  |  |  |  |
| U. S. Trustee Quarterly Fee |  |  |  |  |
| Court Costs |  |  |  |  |
| **TOTAL DISBURSEMENTS** |  |  |  |  |
| Balance at End of Month |  |  |  |  |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: |  |
|---|---|
| Total Disbursements From Above |  |
| Less: Transfers to Other DIP Accounts |  |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) |  |

# INCOME STATEMENT

(Accrual Basis)

*Glendale Rental Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | Ø | | Ø |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) Repairs | 1126.86 | | 1126.86 |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | - 1126.86 | | - 1126.86 |
|---|---|---|---|

# INCOME STATEMENT
## (Accrual Basis)
*Vegas Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 2880.00 | | 2880.00 |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) mtg | Ø | | Ø |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) utilities | 424 | | 424 |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 2456.00 | | 2456.00 |
|---|---|---|---|

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus:  Purchases | |
| Less:  Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
|   Accumulated Depreciation | | | | |
|   Net Buildings | | | | |
| Equipment | | | | |
|   Accumulated Depreciation | | | | |
|   Net Equipment | | | | |
| Autos/Vehicles | | | | |
|   Accumulated Depreciation | | | | |
|   Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | A fee application has been filed for fees and costs | | | | |
| Secured Debt | from the date of filing through 12/7/15 for $44,879.03 | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | ✓ | |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| Are any wages past due? | | ✓ |
| Are any U. S. Trustee quarterly fees delinquent? | | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Debtor has been unable to open a DIP account. Personal expenses has been paid by draws from North State LLC (a company owned by debtor) and from Joseph Jasmine LLC.

Current number of employees: _____

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Farmers 98628-56-44 | Vegas Property | 7/15 - 7/16 | 978.80 / yr |
| Oasis 04MGEP0245318 | Auto (3) | 8/15 - 2/16 | 3502.50 / 6 mos |
| | Glendale Property | | |
| | Voltaire (home) Ø | | |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

Sigman removed. Debtor is rebuilding his businesses after relief from unsecured debt. Second Property in Glendale is being repaired from damage caused by Tenant in preparation for releasing the property and vacation Rental Home.

Identify any matters that are delaying the filing of a plan of reorganization:

A motion has been filed to extend the date to file the Plan to February 15, 2016 to allow the Debtors in the consolidated cash to reflect income and expenses through the "Busy season" of November, December and January.

**DISBURSEMENT DETAIL**
(Business Entity)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

Month: _____
Account # _____

Bank Name _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

EXHIBIT A

Awwsocute payments

| Post Date | Description | July | Amount |
|---|---|---|---|
| 7/16/2015 | AGELESS MEN`S HEALTH AZ GLENDALE AZ | | 210.00 |
| 7/2/2015 | ATM WITHDRAWAL | | 200.00 |
| 7/30/2015 | BASHAS' #120 PEORIA AZ | | 37.50 |
| 7/3/2015 | COX*LAS VEGAS COMM SV | | 56.51 |
| 7/13/2015 | DTV*DIRECTV SERVICE | | 531.26 |
| 7/15/2015 | DTV*DIRECTV SERVICE | | 195.23 |
| 7/23/2015 | LOWES #01117* PEORIA AZ | | 25.78 |
| 7/15/2015 | SOUTHWEST GAS | | 14.20 |
| 7/6/2015 | SOUTHWEST GAS | | 44.18 |
| 7/15/2015 | SPROUTVIDEO LLC | | 50.00 |
| 7/23/2015 | VALLEY MEDICAL WEIGHT | | 65.85 |
| 7/1/2015 | WITHDRAWAL | | 1,000.00 |
| | | | 2,430.51 |

| Post Date | Description | August | Amount |
|---|---|---|---|
| 8/27/2015 | AGELESS MEN`S HEALTH AZ GLENDALE AZ | | 210.00 |
| 8/31/2015 | ATM WITHDRAWAL | | 500.00 |
| 8/31/2015 | BASHAS' #120 PEORIA AZ | | 138.92 |
| 8/3/2015 | COX*LAS VEGAS COMM | | 62.71 |
| 8/24/2015 | DTV*DIRECTV SERVICE | | 237.22 |
| 8/13/2015 | DTV*DIRECTV SERVICE | | 303.61 |
| 8/27/2015 | FLOOR & DECOR #111 | | 484.61 |
| 8/21/2015 | LOWES #01117* PEORIA AZ | | 43.13 |
| 8/24/2015 | LOWES #01117* PEORIA AZ | | 51.34 |
| 8/21/2015 | NON-CHASE ATM WITHDRAW | | 203.00 |
| 8/27/2015 | REPUBLIC SERVICES | | 185.00 |
| 8/27/2015 | REPUBLIC SERVICES TRA | | 100.00 |
| 8/3/2015 | SOUTHWEST GAS | | 40.90 |
| 8/17/2015 | SOUTHWEST GAS | | 15.77 |
| 8/26/2015 | SOUTHWEST GAS  APP | | 30.46 |
| 8/17/2015 | SPROUTVIDEO LLC | | 50.00 |
| 8/28/2015 | SQ *CHAD MICHAEL HAIR Scottsdale AZ | | 172.50 |
| 8/31/2015 | SQ *MILLENIUM LAWN SERV Las Vegas NV | | 125.00 |
| 8/28/2015 | THE HOME DEPOT 459 GLENDALE AZ | | 16.36 |
| 8/28/2015 | THE HOME DEPOT 459 GLENDALE AZ | | 16.29 |
| 8/28/2015 | THE HOME DEPOT 459 GLENDALE AZ | | 50.88 |
| 8/28/2015 | THE HOME DEPOT 459 GLENDALE AZ | | 75.00 |
| 8/31/2015 | THE HOME DEPOT 459 PEORIA AZ | | 143.62 |
| 8/31/2015 | THE HOME DEPOT 475 GLENDALE AZ | | 22.71 |
| 8/27/2015 | TRULY NOLEN OF AMERIC | | 802.00 |
| 8/26/2015 | WITHDRAWAL | | 550.00 |
| 8/28/2015 | WITHDRAWAL 08/28 | | 500.00 |
| 8/31/2015 | WITHDRAWAL 08/31 | | 5,000.00 |
| | | | 10,131.03 |

EXHIBIT B

# Jumpin Jammerz
## Transactions by Account
### As of August 31, 2015

| Type | Date | Num | Name | Debit |
|------|------|-----|------|-------|
| **Members Draw** | | | | |
| Check | 08/03/2015 | | Jubilee Furniture | 196.00 |
| Check | 08/05/2015 | | City of Peoria | 392.13 |
| Check | 08/07/2015 | | Demers Glass | 100.00 |
| Check | 08/14/2015 | | Cox | 200.00 |
| Check | 08/24/2015 | | Cox | 132.25 |
| General Journal | 08/31/2015 | 60 | | |
| General Journal | 08/31/2015 | 62 | ATM Withdraw | 200.00 |
| General Journal | 08/31/2015 | 62 | ATM Withdraw | 25.00 |
| General Journal | 08/31/2015 | 62 | Pandi, Tom | 250.00 |
| General Journal | 08/31/2015 | 62 | | 49.06 |
| General Journal | 08/31/2015 | 62 | | 121.00 |
| General Journal | 08/31/2015 | 62 | Pandi, Tom | 250.00 |
| General Journal | 08/31/2015 | 62 | ATM Withdraw | 106.45 |
| Total Members Draw | | | | 2,021.89 |
| **TOTAL** | | | | 2,021.89 |

EXHIBIT C



**CHASE ◆**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 07, 2015 through September 04, 2015

Primary Account:

---

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



llullullullllllullllllllulllllllullullulll
00002427 DRE 601 14224815 NNNNNNNNNN T 1 000000000 24 0000
STEVE PANDI
6940 W VOLTAIRE AVE
PEORIA AZ 85381-5057

We are making changes to non-Chase ATM fees and Travelers Checks

Your relationship is important to us, and we are committed to keeping you informed about changes that may affect you beginning November 9.

Non-Chase ATMs

When you use an ATM that is not owned by Chase we charge a non-Chase ATM fee; which will change beginning November 9. The fees listed below apply to each transaction made at a non-Chase ATM:
  - $2.50 for any Inquiries, Transfers or Withdrawals while using a non-Chase ATM in the U.S., Puerto Rico and the U.S. Virgin Islands.
  - $2.50 for any Transfers or Inquiries at ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands. As a reminder, we will still charge $5 per Withdrawal at ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands.

Fees from the ATM owners still apply. As a reminder, there is no fee to use any of the 15,500 Chase ATMs.

For the products listed below, these fees may be waived entirely or for a certain number of times per statement period. For all other products, the fees listed above apply to each transaction made at a non-Chase ATM.
  - Chase Private Client Checking(SM) and Chase Private Client Savings(SM): You will not pay a fee to us for using a non-Chase ATM. We will also refund up to 5 fees charged by the ATM owner every statement period.
  - Chase Premier Platinum Checking(SM), Chase Premier Plus Checking(SM) with Chase Military Banking benefits, Chase Plus Savings(SM) and Chase Premier Platinum Savings(SM): You will not pay a fee to us for using a non-Chase ATM. You will have to pay all fees charged by the ATM owner.
  - Chase Premier Plus Checking (without Chase Military Banking benefits) and Chase Premier Checking(SM): You will not pay a fee to us for the first 4 non-Chase ATM transactions each statement period. You will have to pay all fees charged by the ATM owner.
  - Chase Workplace Checking(SM): You will not pay a fee to us for the first 2 non-Chase ATM transactions each statement period. You will have to pay all fees charged by the ATM owner.

Travelers Checks

Beginning November 9, we will no longer sell Travelers Checks. There are other alternatives to Travelers Checks, please talk to a banker to learn more. We apologize for the inconvenience.

All other terms and conditions of your Deposit Account Agreement still apply. If you have any questions, please call the number listed at the top of this statement.

# CHASE 

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | | -$858.21 | -$309.00 |
| **Total** | | **-$858.21** | **-$309.00** |

| Investments | ACCOUNT | MARKET VALUE PRIOR PERIOD | MARKET VALUE THIS PERIOD |
|---|---|---|---|
| Chase Investment Account as of 08/31/15 | ***************6261 | 405.00 | 705.02 |
| **Total** | | **$405.00** | **$705.02** |

Please review the important disclosures following the Consolidated Balance Summary.

> **Investment accounts and insurance products are: Not a Deposit - Not FDIC Insured - Not Insured by any Federal Government Agency - Not Guaranteed by the Bank - May Go Down In Value.**

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **-$453.21** | **$396.02** |

**All Summary Balances** shown are as of September 4, 2015 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Securities and investment advisory services are offered through J.P. Morgan Securities LLC. (JPMS). JPMS, a member of FINRA, NYSE and SIPC, is an affiliate of JPMorgan Chase Bank, N.A.

## CHASE TOTAL CHECKING

STEVE PANDI                                          Account Number: ſ

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | -$858.21 |
| Deposits and Additions | 704.74 |
| ATM & Debit Card Withdrawals | - 19.53 |
| Fees and Other Withdrawals | - 136.00 |
| **Ending Balance** | **-$309.00** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | -$858.21 |
| 08/10 | Recurring Card Purchase 08/10 Eosfitness.Com Azp 800-693-3948 AZ Card 2395 | - 19.53 | -877.74 |
| 08/10 | Insufficient Funds Fee For A $19.53 Recurring Card Purchase - Details: 0810Eosfitness.Com Azp 800-693-3948 AZ  04750556081972395 | - 34.00 | -911.74 |
| 08/26 | Amazon.Com    Marketplac W15Voyírd1Ngyb8 CCD ID: 3215240102 | 704.74 | -207.00 |

 **CHASE**

August 07, 2015 through September 04, 2015

Primary Account:

## TRANSACTION DETAIL (continued)



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 08/31 | Returned Item Fee For An Unpaid $300.00 Item - Details: Jpms Brokerage Manual Db-Bkrg PPD ID: 8980830412 | - 34.00 | -241.00 |
| 09/01 | Returned Item Fee For An Unpaid $50.75 Item - Details: Glaic Inspayment PPD ID: 5540596414 | - 34.00 | -275.00 |
| 09/04 | Returned Item Fee For An Unpaid $308.75 Item - Details: City of Peoria Utilities PPD ID: 5866003634 | - 34.00 | -309.00 |
| | **Ending Balance** | | **-$309.00** |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (Your total direct deposits this period were $704.74. Note: some deposits may be listed on your previous statement )

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was -$911.74)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was -$268.16)

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|------|------|------|
| Total Overdraft Fees * | $34.00 | $755.00 |
| Total Returned Item Fees | $102.00 | $272.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| | | |
|------|------|------|
| **Total Refunds for Overdraft or Returned Item Fees Identified above:** | $.00 | $68.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank