ALLEN D. BUTLER, P.C.
406 E. Southern Avenue
Tempe, AZ 85282-2674
Tel: (480) 921-0626
Fax: (480) 967-5075
Allen D. Butler #5392 - abutler@legalaz.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceeding under Chapter 11 |
| JUMPIN JAMMERZ, LLC | ) Case No. 2:15-bk-08300 DPC |
| Debtor. | ) (Jointly Administered) |
| STEVE PANDI | ) Case No. 2:15-bk-08302 DPC |
| Debtor. | ) NOTICE OF FILING AMENDED MONTHLY REPORTS FOR DEBTOR STEVE PANDI FOR MONTHS JULY, AUGUST, SEPTEMBER & OCTOBER |

NOTICE IS HEREBY GIVEN that Debtor Steve Pandi is filing Amended Monthly Reports for the months of July, August, September, and October.

1. Debtor Steve Pandi owns Jumpin Jammerz, LLC, (Case No. 15-bk-08300) and the two Chapter 11 bankruptcies are being jointly administered.

2. Steve Pandi also owns another company, AwwSoCute, LLC.

3. At the time of filing the Chapter 11 cases, Pandi's personal bank account was overdrawn. Because of the status of the account, the bank closed the account and would not open the requisite DIP accounts.

4. After considerable searching, including inquiries to JPMorgan Chase, Bank of America, Wells Fargo and Comerica Bank), Pandi was finally able to open a DIP account in September and is working towards transferring his income streams and bill pays into the new account.

5. In the interim, most of Pandi's living expenses have been paid from the AwwSoCute bank account and, on occasion, from Jumpin Jammerz. Attached to the monthly reports as Exhibits A and B (when applicable) are transaction reports showing funds paid from AwwSoCute and Jumpin Jammerz on Pandi's behalf.

1      6. In addition, Pandi owns two rental properties, one in Glendale, Arizona and

2 one in Las Vegas. He had no income generated from the properties in July. The

3 properties have generated income in subsequent months.

4      7. The Glendale property was being repaired (July through October), due to

5 damages caused by the prior tenant, in preparation for leasing later in the year. Pandi

6 plans to rent the property as a vacation rental, and has customers already lined up.

7      8. The Las Vegas property is also being leased as a vacation rental. It is

8 expected that this plan will generate substantially more income then renting the

9 properties as residential property.

10      RESPECTFULLY SUBMITTED this _18th_ day of December, 2015.

11

12      ALLEN D. BUTLER, P.C.

13

14      /s/ adb 5335

15      Allen D. Butler, Esq.
        406 E. Southern Avenue

16      Tempe, AZ 85282

17 Copy of the foregoing filed
   and mailed / e-mailed this

18 _18th_ day of December, 2015, to:

19

20 Jennifer A. Giaimo
   Office of the U.S. Trustee

21 230 N. First Avenue, Suite 204
   Phoenix, AZ 85003-1706

22

23 Jennifer.A.Giaimo@usdoj.gov

24 By: _____

25

26

27

28

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re: )

)  CASE NO. _2:15 - bk- 08302 DPC_

Jumpin Jammerz, LLC )
    Debtor )
Steve Pandi )
    Debtor )

)  **INDIVIDUAL DEBTOR ENGAGED IN**
)  **BUSINESS MONTHLY REPORT**
)
)  MONTH OF _September, 2015_
)  DATE PETITION FILED: _July 2, 2015_
)
Debtor(s) )  TAX PAYER ID NO. : _____

Nature of Debtor's Business: _rental properties ; on-line sales_
Nature of Co-Debtor's Business:

DATE DISCLOSURE STATEMENT   FILED _____ TO BE FILED _2/15/2016_
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _2/15/2016_

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

| | |
|---|---|
| ORIGINAL SIGNATURE OF DEBTOR | ORIGINAL SIGNATURE OF CO-DEBTOR |
| _Steve Pandi_ | |
| PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR |
| _12/16/2015_ | |
| DATE | DATE |

PREPARER:

| | |
|---|---|
| ORIGINAL SIGNATURE OF PREPARER | TITLE |
| PRINTED NAME OF PREPARER | DATE |

PERSON TO CONTACT REGARDING THIS REPORT: _____

PHONE NUMBER: _____

ADDRESS: _____

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
| | Cash | Checking | Savings | |
|---|---|---|---|---|
| | | #_Aww_So_Cut_# | Account  # | |
| Balance at Beginning of Period | | | | |

| **RECEIPTS** | | | | |
|---|---|---|---|---|
| Wages - Debtor | | | | |
| Wages - Co-Debtor | | | | |
| Loans and Advances | | | | |
| Sale of ~~Assets~~ | | | | |
| Gifts (money) | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| TOTAL RECEIPTS | | | | |

| **TOTAL DISBURSEMENTS** | | | | |
|---|---|---|---|---|
| **Balance at End of Month** | | | | |

| **CREDIT CARD ACTIVITY** | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | |
| Plus: Estate Disbursements Made by Outside Sources (_disbursements, Aww so cute_ | 18,933.55  Ex A |
| Plus: _disbursements - Jumpin Jammerz_ | ∅ |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less:  Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | 18,933.55 |

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

See Exhibit B

Month: September
Account # X XXXX 183

Bank Name Chase

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

|  | BANK ACCOUNTS | | | |
|---|---|---|---|---|
|  | Operating | Payroll | Tax | Total |
|  | # | # | # |  |
| Balance at Beginning of Period |  |  |  |  |

| RECEIPTS |  |  |  |  |
|---|---|---|---|---|
| Cash Sales |  |  |  |  |
| Accounts Rceivable - Prepetition |  |  |  |  |
| Accounts Rceivable - Postpetition |  |  |  |  |
| Loans and Advances |  |  |  |  |
| Sale of Assets |  |  |  |  |
| Transfers from Other DIP Accounts |  |  |  |  |
| Other  (attach list) |  |  |  |  |
|  |  |  |  |  |
| TOTAL RECEIPTS |  |  |  |  |

| DISBURSEMENTS |  |  |  |  |
|---|---|---|---|---|
| Business - Ordinary Operations |  |  |  |  |
| Capitol Improvements |  |  |  |  |
| Pre-Petition Debt |  |  |  |  |
| Transfers to Other DIP Accounts |  |  |  |  |
| Other  (attach list) |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Reorganization Expenses: |  |  |  |  |
| Attorney Fees |  |  |  |  |
| Accountant Fees |  |  |  |  |
| Other Professional Fees |  |  |  |  |
| U. S. Trustee Quarterly Fee |  |  |  |  |
| Court Costs |  |  |  |  |
|  |  |  |  |  |
| TOTAL DISBURSEMENTS |  |  |  |  |

| Balance at End of Month |  |  |  |  |
|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: |  |
|---|---|
| Total Disbursements From Above |  |
| Less: Transfers to Other DIP Accounts |  |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) |  |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** |  |

# INCOME STATEMENT

### (Accrual Basis)

*Glendale Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | Ø | | Ø |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) *mtg* | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) *repairs* | 2373.14 | | 3500 |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | -2373.14 | | -3,500 |
|---|---|---|---|

# INCOME STATEMENT

(Accrual Basis)

*Vegas Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 5040 | | 7920 |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) mtg | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) utilities | 424 | | 848 |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 4616 | | 7072 |
|---|---|---|---|

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
|   Accumulated Depreciation | | | | |
|   Net Buildings | | | | |
| Equipment | | | | |
|   Accumulated Depreciation | | | | |
|   Net Equipment | | | | |
| Autos/Vehicles | | | | |
|   Accumulated Depreciation | | | | |
|   Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

Page 7

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | A fee application has been filed for fees and costs | | | | |
| Secured Debt | from the date of filing through 12/7/15 for $44,879.03 | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | ✓ | |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| Are any wages past due? | | ✓ |
| Are any U. S. Trustee quarterly fees delinquent? | | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Debtor is working on getting DIP accounts operational. Personal expenses have been paid by draws from Awe'so Cute, LLC (a company owned by Debtor)

Current number of employees: _____

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Farmers 98628-86-44 | Vegas property | 7/15 - 7/16 | 958.50 / yr |
| Oasis 04MGEP0245318 | Auto (3) | 8/15 - 2/16 | 3802.50 / 6 mos |
| | Glendale property | | |
| | Voltaire (home) | | |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

Expenses decreased; Debtor is rebuilding his business after relief from unsecured debt service; property in Glendale is being repaired from damage caused by tenant in preparation for re-leasing the property as a vacation rental home.

Identify any matters that are delaying the filing of a plan of reorganization:

A motion has been filed to extend the date to file the Plan to February 15 2016, to allow the Debtors in the consolidated cases to reflect income and expenses through the "busy season" of November, December and January.

Page 9

# DISBURSEMENT DETAIL
### (Business Entity)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

**Month:** _____

**Account #** _____

**Bank Name** _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

Page 10

# Awwsocute, Inc.
## Transactions by Account
### As of September 30, 2015

EXHIBIT A

| Type | Date | Name | Memo | Debit | Credit |
|------|------|------|------|-------|--------|
| **Draw** | | | | | |
| Check | 09/01/2015 | Demers Glass | 09/01 | 35.00 | |
| Check | 09/02/2015 | Arizona Public Service | 05 AZ      09/01 | 403.95 | |
| Check | 09/02/2015 | Cox | 00 NV      09/02 | 150.80 | |
| Check | 09/02/2015 | Lowes | 09/01 | 2,030.83 | |
| Check | 09/03/2015 | ATM | 006397  09/038366 W TH | 200.00 | |
| Check | 09/03/2015 | Chad Michael Hair | AZ      09/02 | 207.00 | |
| Check | 09/03/2015 | Salt River Project | 09/02 | 600.00 | |
| Check | 09/03/2015 | Glendale Powder Coating | 57 AZ      09/01 | 130.00 | |
| Check | 09/03/2015 | NV Energy | NV      09/03 | 301.75 | |
| Check | 09/04/2015 | BMW | Z      09/03 | 1,085.69 | |
| Deposit | 09/08/2015 | Lowes | 09/04 | | 406.17 |
| Deposit | 09/09/2015 | Deposit | UNDERBIRD RD PEORIA AZ | | 400.00 |
| Deposit | 09/09/2015 | Deposit | HUNDERBIRD RD PEORIA AZ | | 3,750.00 |
| Deposit | 09/09/2015 | Deposit | Deposit | | 2,400.00 |
| Check | 09/10/2015 | Wire | BANK OF AMERICA, N.A./0959 A/C: | 5,500.00 | |
| Check | 09/10/2015 | Arizona Cargo | 09/09 | 95.00 | |
| Check | 09/11/2015 | Lowes | 09/10 | 126.80 | |
| Check | 09/11/2015 | AMC | Z      09/09 | 17.46 | |
| Check | 09/11/2015 | AMC | Z      09/09 | 11.66 | |
| Check | 09/14/2015 | Ageless Mens Health | AZ      09/10 | 210.00 | |
| Check | 09/14/2015 | Direct TV | CA      09/13 | 255.64 | |
| Check | 09/14/2015 | Southwest Gas | PPD ID: 4880085720 | 52.93 | |
| Check | 09/14/2015 | Minute Key | 09/10 | 12.93 | |
| Check | 09/15/2015 | Direct TV | CA      09/15 | 237.22 | |
| Check | 09/16/2015 | Sprouts | 09/15 | 50.00 | |
| Check | 09/16/2015 | ATM | 007359  09/168366 W TH | 400.00 | |
| Deposit | 09/16/2015 | Homeaway | 149:75      CCD ID: 1411955039 | | 629.98 |
| Check | 09/17/2015 | Salt River Project | | 569.44 | |
| Check | 09/18/2015 | Truly Nolen | 54 AZ      09/17 | 37.00 | |
| Check | 09/18/2015 | ATM | | 3,400.00 | |
| Deposit | 09/18/2015 | Homeaway | 885:75      CCD ID: 1411955039 | | 4,320.00 |
| Check | 09/21/2015 | EOS Fitness | 09/19 | 44.53 | |
| Check | 09/21/2015 | Lowes | 09/20 | 121.74 | |
| Check | 09/21/2015 | Home Depot | 09/19 | 54.57 | |
| Check | 09/22/2015 | Lowes | 09/21 | 9.04 | |
| Check | 09/22/2015 | Home Depot | 09/20 | 56.72 | |
| Check | 09/23/2015 | ATM | 007759  09/238366 W TH | 400.00 | |
| Check | 09/23/2015 | Chad Michael Hair | AZ      09/22 | 40.25 | |
| Check | 09/28/2015 | Southwest Gas | PPD ID: 4880085720 | 17.61 | |
| General Journal | 09/30/2015 | | Paypal | | 715.68 |
| General Journal | 09/30/2015 | ATM | Paypal | 1,134.00 | |
| General Journal | 09/30/2015 | Dave & Busters | Paypal | 42.00 | |
| General Journal | 09/30/2015 | Floor & Decor | Paypal | 29.42 | |
| General Journal | 09/30/2015 | Lowes | Paypal | 105.89 | |
| General Journal | 09/30/2015 | LV Water District | Paypal | 181.00 | |
| General Journal | 09/30/2015 | Netflix | Paypal | 11.99 | |
| General Journal | 09/30/2015 | Safecart | Paypal | 19.95 | |
| General Journal | 09/30/2015 | Smiths Food | Paypal | 288.87 | |
| General Journal | 09/30/2015 | Target | Paypal | 200.00 | |
| General Journal | 09/30/2015 | Whisky Rose | Paypal | 8.25 | |
| General Journal | 09/30/2015 | Yard House | Paypal | 8.83 | |
| General Journal | 09/30/2015 | Top Golf | Paypal | 37.79 | |
| Total Draw | | | | 18,933.55 | 12,621.83 |
| **TOTAL** | | | | 18,933.55 | 12,621.83 |

# Awwsocute, Inc.
# Profit & Loss
### September 2015

|                                      | Sep 15     |
|--------------------------------------|-----------:|
| **Ordinary Income/Expense**          |            |
| **Income**                           |            |
| Merchandise Sales                    | 14,233.67  |
| Refunds                              | -199.74    |
| **Total Income**                     | 14,033.93  |
| **Cost of Goods Sold**               |            |
| Purchases                            | 1,769.00   |
| Shipping                             | 673.09     |
| **Total COGS**                       | 2,442.09   |
| **Gross Profit**                     | 11,591.84  |
| **Expense**                          |            |
| Advertising and Promotion            | 1,245.18   |
| Automobile Expense                   | 586.48     |
| Bank Service Charges                 | 2,813.98   |
| Computer and Internet Expenses       | 571.91     |
| Meals and Entertainment              | 101.43     |
| Outside Contractors                  | 563.00     |
| Repairs and Maintenance              | 134.87     |
| Telephone Expense                    | 373.68     |
| Travel                               | 293.00     |
| **Total Expense**                    | 6,683.53   |
| **Net Ordinary Income**              | 4,908.31   |
| **Net Income**                       | 4,908.31   |

Awe so cute



EXHIBIT B

# CHASE ◯

September 01, 2015 through September 30, 2015

Account Number:                    ⸱183

We offer alternative methods for depositing cash, such as Chase ATMs and cash vault services. These methods may result in lower fees. Please visit a branch or speak with your banker for more information.

## CHECKING SUMMARY      Chase Performance Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$4,387.18** |
| Deposits and Additions | 42 | 21,014.03 |
| Checks Paid | 4 | - 1,359.39 |
| ATM & Debit Card Withdrawals | 49 | - 9,138.83 |
| Electronic Withdrawals | 31 | - 9,642.00 |
| Fees and Other Withdrawals | 2 | - 4,451.00 |
| **Ending Balance** | 128 | **$809.99** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Cts Holdings,LLC Settlement 064157600010829 CCD ID: 1200675870 | $858.12 |
| 09/01 | Cts Holdings,LLC Settlement 064157600010830 CCD ID: 1200675870 | 29.85 |
| 09/03 | Cts Holdings,LLC Settlement 064157600010901 CCD ID: 1200675870 | 292.62 |
| 09/04 | Cts Holdings,LLC Settlement 064157600010902 CCD ID: 1200675870 | 53.84 |
| 09/04 | American Express Settlement 5271569154      CCD ID: 1134992250 | 35.80 |
| 09/08 | Card Purchase Return    09/04 Lowes #01117* Peoria AZ Card 8923 | 406.17 |
| 09/08 | Cts Holdings,LLC Settlement 064157600010903 CCD ID: 1200675870 | 273.89 |
| 09/08 | American Express Settlement 5271569154      CCD ID: 1134992250 | 9.95 |
| 09/09 | ATM Check Deposit      09/09 8366 W Thunderbird Rd Peoria AZ Card 8923 | 3,750.00 |
| 09/09 | ATM Cash Deposit      09/09 8366 W Thunderbird Rd Peoria AZ Card 8923 | 400.00 |
| 09/09 | Deposit    1516151107 | 2,400.00 |
| 09/09 | Cts Holdings,LLC Settlement 064157600010904 CCD ID: 1200675870 | 487.74 |
| 09/09 | Cts Holdings,LLC Settlement 064157600010906 CCD ID: 1200675870 | 430.01 |
| 09/09 | Cts Holdings,LLC Settlement 064157600010905 CCD ID: 1200675870 | 391.57 |
| 09/09 | Cts Holdings,LLC Settlement 064157600010907 CCD ID: 1200675870 | 74.74 |
| 09/10 | Cts Holdings,LLC Settlement 064157600010908 CCD ID: 1200675870 | 171.77 |
| 09/11 | Cts Holdings,LLC Settlement 064157600010909 CCD ID: 1200675870 | 349.39 |
| 09/14 | Cts Holdings,LLC Settlement 064157600010910 CCD ID: 1200675870 | 723.04 |
| 09/15 | Cts Holdings,LLC Settlement 064157600010911 CCD ID: 1200675870 | 295.01 |
| 09/15 | Cts Holdings,LLC Settlement 064157600010912 CCD ID: 1200675870 | 229.53 |
| 09/15 | Cts Holdings,LLC Settlement 064157600010913 CCD ID: 1200675870 | 83.45 |
| 09/16 | Homeaway      Remittance 4816149:75      CCD ID: 1411955039 | 629.98 |
| 09/16 | Cts Holdings,LLC Settlement 064157600010914 CCD ID: 1200675870 | 120.63 |
| 09/17 | Cts Holdings,LLC Settlement 064157600010915 CCD ID: 1200675870 | 18.20 |
| 09/17 | American Express Settlement 5271569154      CCD ID: 1134992250 | 17.90 |
| 09/18 | Homeaway      Remittance 4839885:75      CCD ID: 1411955039 | 4,320.00 |
| 09/18 | Cts Holdings,LLC Settlement 064157600010916 CCD ID: 1200675870 | 246.23 |
| 09/21 | Cts Holdings,LLC Settlement 064157600010917 CCD ID: 1200675870 | 146.77 |
| 09/21 | American Express Settlement 5271569154      CCD ID: 1134992250 | 61.09 |
| 09/22 | Cts Holdings,LLC Settlement 064157600010918 CCD ID: 1200675870 | 436.08 |
| 09/22 | Cts Holdings,LLC Settlement 064157600010920 CCD ID: 1200675870 | 427.60 |
| 09/22 | Cts Holdings,LLC Settlement 064157600010919 CCD ID: 1200675870 | 278.36 |
| 09/22 | American Express Settlement 5271569154      CCD ID: 1134992250 | 9.95 |
| 09/23 | Cts Holdings,LLC Settlement 064157600010921 CCD ID: 1200675870 | 266.06 |
| 09/24 | Cts Holdings,LLC Settlement 064157600010922 CCD ID: 1200675870 | 176.73 |



Page 2 of 6

## CHASE ◆

September 01, 2015 through September 30, 2015

Account Number:    ʼ183

## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | Cts Holdings,LLC Settlement 064157600010923 CCD ID: 1200675870 | 398.41 |
| 09/25 | American Express Settlement 5271569154    CCD ID: 1134992250 | 64.78 |
| 09/28 | Cts Holdings,LLC Settlement 064157600010924 CCD ID: 1200675870 | 413.93 |
| 09/29 | Cts Holdings,LLC Settlement 064157600010927 CCD ID: 1200675870 | 290.68 |
| 09/29 | Cts Holdings,LLC Settlement 064157600010926 CCD ID: 1200675870 | 260.84 |
| 09/29 | Cts Holdings,LLC Settlement 064157600010925 CCD ID: 1200675870 | 210.36 |
| 09/30 | Cts Holdings,LLC Settlement 064157600010928 CCD ID: 1200675870 | 472.96 |
| **Total Deposits and Additions** | | **$21,014.03** |



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2333  ^ | | 09/23 | $39.95 |
| 2334  ^ | | 09/22 | 150.00 |
| 5303541  * ^ | | 09/03 | 600.00 |
| 5303614  * ^ | | 09/17 | 569.44 |
| **Total Checks Paid** | | | **$1,359.39** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/01 | Card Purchase | 08/31 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | $30.40 |
| 09/01 | Card Purchase | 09/01 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 19.98 |
| 09/01 | Card Purchase | 09/01 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 13.50 |
| 09/01 | Card Purchase | 09/01 Sq *Demers Glass, Inc. Peoria AZ Card 8923 | 35.00 |
| 09/02 | Card Purchase | 09/02 Amazon.Com Amzn.Com/Bill WA Card 8923 | 14.02 |
| 09/02 | Card Purchase | 09/01 Arizona Publicsrvezpa 800-253-9405 AZ Card 8923 | 403.95 |
| 09/02 | Card Purchase | 09/01 Lowes #01117* Peoria AZ Card 8923 | 2,030.83 |
| 09/02 | Recurring Card Purchase 09/02 Cox*Las Vegas Comm Sv 702-383-4000 NV Card 8923 | | 150.80 |
| 09/03 | Card Purchase | 09/01 Glendale Powder Coatin 623-9375557 AZ Card 8923 | 130.00 |
| 09/03 | Card Purchase | 09/03 NV Energy/Speedpay 800-331-3103 NV Card 8923 | 301.75 |
| 09/03 | Card Purchase | 09/03 Stamps.Com  *Uspostag 877-782-6785 CA Card 8923 | 200.00 |
| 09/03 | Card Purchase | 09/02 Sq *Chad Michael Hair Scottsdale AZ Card 8923 | 207.00 |
| 09/03 | Card Purchase | 09/02 Sweet Tomatoes 43 Q14 Peoria AZ Card 8923 | 26.79 |
| 09/03 | ATM Withdrawal | 09/03 8366 W Thunderbird Rd Peoria AZ Card 8923 | 200.00 |
| 09/04 | Card Purchase | 09/03 Apl* Itunes.Com/Bill 866-712-7753 CA Card 8923 | 0.99 |
| 09/04 | Card Purchase | 09/03 Apl* Itunes.Com/Bill 866-712-7753 CA Card 8923 | 3.00 |
| 09/04 | Card Purchase | 09/03 Bmw Mini North11500451 Phoenix AZ Card 8923 | 1,085.69 |
| 09/08 | Card Purchase | 09/04 HI *Winecntrygiftbskt 800-394-0394 CA Card 8923 | 63.84 |
| 09/08 | Card Purchase | 09/04 Mailchimp Mailchimp.Co AZ Card 8923 | 240.00 |
| 09/10 | Card Purchase | 09/09 Arizona Cargo 602-647-1333 AZ Card 8923 | 95.00 |
| 09/10 | Recurring Card Purchase 09/09 Parallels Inc 425-282-6400 WA Card 8923 | | 35.00 |
| 09/11 | Card Purchase | 09/09 Amc Westgate 20 #2679 Glendale AZ Card 8923 | 17.46 |
| 09/11 | Card Purchase | 09/09 Amc Westgate 20 #2679 Glendale AZ Card 8923 | 11.66 |
| 09/11 | Card Purchase | 09/10 AT&T*Bill Payment 800-331-0500 TX Card 8923 | 273.68 |

Case 2:15-bk-08302-DPC    Doc 45    Filed 12/18/15    Entered 12/18/15 15:29:54    Desc
Main Document    Page 16 of 19


## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/11 | Card Purchase          09/10 Lowes #01117* Peoria AZ Card 8923 | 126.80 |
| 09/14 | Card Purchase          09/09 Tandoori Times Indian B Glendale AZ Card 8923 | 54.00 |
| 09/14 | Card Purchase          09/10 Minutekey 800.539.7571 Peoria AZ Card 8923 | 12.93 |
| 09/14 | Card Purchase          09/10 Ageless Men`S Health AZ Glendale AZ Card 8923 | 210.00 |
| 09/14 | Card Purchase          09/12 Stamps.Com *Uspostag 877-782-6785 CA Card 8923 | 350.00 |
| 09/14 | Recurring Card Purchase 09/13 Dtv*Directv Service 800-347-3288 CA Card 8923 | 255.64 |
| 09/14 | Recurring Card Purchase 09/12 Stamps.Com 855-608-2677 CA Card 8923 | 123.09 |
| 09/14 | Recurring Card Purchase 09/11 Privateinternetaccess 855-266-6876 MI Card 8923 | 6.95 |
| 09/15 | Card Purchase          09/15 Sproutvideo LLC 855-777-6889 NY Card 8923 | 50.00 |
| 09/15 | Recurring Card Purchase 09/15 Dtv*Directv Service 800-347-3288 CA Card 8923 | 237.22 |
| 09/16 | ATM Withdrawal          09/16 8366 W Thunderbird Rd Peoria AZ Card 8923 | 400.00 |
| 09/17 | Card Purchase          09/16 AL's Gyro's Glendale AZ Card 8923 | 20.64 |
| 09/18 | Card Purchase          09/17 Edible Arrangements 236 Houston TX Card 8923 | 66.02 |
| 09/18 | Card Purchase          09/17 Truly Nolen of Americ 623-974-9554 AZ Card 8923 | 37.00 |
| 09/21 | Card Purchase          09/18 Floor & Decor #111 404-4711634 AZ Card 8923 | 134.87 |
| 09/21 | Card Purchase          09/19 Eosfitness.Com Azp Peoria AZ Card 8923 | 44.53 |
| 09/21 | Card Purchase          09/19 The Home Depot 475 Glendale AZ Card 8923 | 54.57 |
| 09/21 | Card Purchase          09/20 Lowes #01117* Peoria AZ Card 8923 | 121.74 |
| 09/22 | Card Purchase          09/20 The Home Depot 475 Glendale AZ Card 8923 | 56.72 |
| 09/22 | Card Purchase          09/21 Lowes #01117* Peoria AZ Card 8923 | 9.04 |
| 09/23 | Card Purchase          09/22 Sq *Chad Michael Hair Scottsdale AZ Card 8923 | 40.25 |
| 09/23 | ATM Withdrawal          09/23 8366 W Thunderbird Rd Peoria AZ Card 8923 | 400.00 |
| 09/24 | Recurring Card Purchase 09/23 AT&T*Bill Payment 800-331-0500 TX Card 8923 | 100.00 |
| 09/25 | Card Purchase          09/24 Mailchimp Mailchimp.Com GA Card 8923 | 50.00 |
| 09/28 | Card Purchase          09/27 Mga*Gainsco Auto Ins 866-424-6726 TX Card 8923 | 586.48 |
| **Total ATM & Debit Card Withdrawals** | | **$9,138.83** |

## ATM & DEBIT CARD SUMMARY

Steve Pandi  Card 8923

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $1,000.00 |
| | Total Card Purchases | $8,138.83 |
| | Total Card Deposits & Credits | $4,556.17 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $1,000.00 |
| | Total Card Purchases | $8,138.83 |
| | Total Card Deposits & Credits | $4,556.17 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | $138.62 |
| 09/01 | Cts Holdings,LLC Settlement 064157600010829 CCD ID: 1200675870 | 19.95 |
| 09/02 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/02 | Authnet Gateway Billing  39720868      CCD ID: 1870568569 | 24.15 |
| 09/03 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/09 | Chase Quickpay Electronic Transfer 4868694038 To Ginalyn Mcnamara | 551.19 |
| 09/09 | Cts Holdings,LLC Settlement 064157600010905 CCD ID: 1200675870 | 222.49 |
| 09/09 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |

 
## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/10 | 09/10 International Wire Transfer Via: Bank of America, N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: George Pandi Toronto On 14C8N2 CA Ssn: 0367500 Trn: 3859500253Es | 5,500.00 |
| 09/10 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/11 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/14 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/14 | Southwest Gas    App        PPD ID: 4880085720 | 52.93 |
| 09/15 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/16 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/17 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/18 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/21 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/22 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/23 | Chase Quickpay Electronic Transfer 4895456218 To Paul Ramirez | 460.00 |
| 09/23 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/24 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/24 | Cts Holdings,LLC Settlement 064157600010922 CCD ID: 1200675870 | 29.95 |
| 09/25 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/28 | Chase Quickpay Electronic Transfer 4901143637 To Ginalyn Mcnamara | 100.00 |
| 09/28 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/28 | Southwest Gas    App        PPD ID: 4880085720 | 17.61 |
| 09/29 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/29 | Cts Holdings,LLC Settlement 064157600010925 CCD ID: 1200675870 | 10.00 |
| 09/30 | Mcs        Payment        2351-6168 CCD ID: 1201770481 | 138.62 |
| 09/30 | Cts Holdings,LLC Settlement 064157600010928 CCD ID: 1200675870 | 19.95 |
| **Total Electronic Withdrawals** | | **$9,642.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/03 | Service Charges For The Month of August | $1,051.00 |
| 09/18 | 09/18 Withdrawal | 3,400.00 |
| **Total Fees & Other Withdrawals** | | **$4,451.00** |

You were charged a monthly service fee of $20.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $50,000.00. Your relationship balance was $533.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 09/01 | $5,017.70 | 09/11 | 285.00 | 09/22 | 941.15 |
| 09/02 | 2,255.33 | 09/14 | -196.12 | 09/23 | 128.39 |
| 09/03 | -307.21 | 09/15 | -13.97 | 09/24 | 36.55 |
| 09/04 | -1,307.25 | 09/16 | 198.02 | 09/25 | 311.12 |
| 09/08 | -921.08 | 09/17 | -494.58 | 09/28 | -117.66 |
| 09/09 | 6,100.68 | 09/18 | 430.01 | 09/29 | 495.60 |
| 09/10 | 503.83 | 09/21 | 143.54 | 09/30 | 809.99 |



# CHASE

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | $20.00 | |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $453.00 | |
| **Total Service Charges** | **$473.00** | Will be assessed on 10/5/15 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 82 |
| Deposits / Credits | 40 |
| Deposited Items | 3 |
| **Total Transactions** | **125** |

Chase Performance Business Checking allows up to 350 checks, deposits, and deposited items per statement cycle. Your transaction total for this cycle was 125.

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT 000000186220183 | | | | | |
| Monthly Service Fee | 1 | | | $20.00 | $20.00 |
| Transactions | 125 | 350 | 0 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$20.00** |
| Other Fees | | | | | |
| Outgoing Wires - International Manual | 1 | 0 | 1 | $45.00 | $45.00 |
| Insufficient Funds/Overdraft Item Paid | 12 | 0 | 12 | $34.00 | $408.00 |
| **Total Service Charge (Will be assessed on 10/5/15)** | | | | | **$473.00** |
| ACCOUNT 000000186220183 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Transactions | 125 | | | | |
| Outgoing Wires - International Manual | 1 | | | | |
| Insufficient Funds/Overdraft Item Paid | 12 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Case 2:15-bk-08302-DPC    Doc 45    Filed 12/18/15    Entered 12/18/15 15:29:54    Desc
Main Document        Page 19 of 19