# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                                )    CASE NO. _2:15 - bk - 08302 DPC_

_Jumpin Jammerz, LLC_                          )
      Debtor                                      )    **INDIVIDUAL DEBTOR ENGAGED IN**
_Steve Pandi_                                        )    **BUSINESS MONTHLY REPORT**
      Debtor                                      )
                                )    MONTH OF _October, 2015_
                                )    DATE PETITION FILED: _July 2, 2015_
                             )
              Debtor(s) )    TAX PAYER ID NO. : _____

Nature of Debtor's Business: _____ rental properties; on-line sales _____
Nature of Co-Debtor's Business:

| | | |
|---|---|---|
| DATE DISCLOSURE STATEMENT | FILED _____ | TO BE FILED _2/15/2016_ |
| DATE PLAN OF REORGANIZATION | FILED _____ | TO BE FILED _2/15/2016_ |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____                    _____
ORIGINAL SIGNATURE OF DEBTOR                        ORIGINAL SIGNATURE OF CO-DEBTOR

_Steve Pandi_                                               _____
PRINTED NAME OF DEBTOR                              PRINTED NAME OF CO-DEBTOR

_12/16/2015_                                                _____
DATE                                                            DATE

**PREPARER:**

_____                    _____
ORIGINAL SIGNATURE OF PREPARER                   TITLE

_____                    _____
PRINTED NAME OF PREPARER                           DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** _____

                PHONE NUMBER: _____

                     ADDRESS: _____

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
## INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | | # Aurisock# | Account # | | |
| **Balance at Beginning of Period** | | | | | |

| **RECEIPTS** | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| **TOTAL RECEIPTS** | | | | | |

| **TOTAL DISBURSEMENTS** | | | | | |
|---|---|---|---|---|---|
| **Balance at End of Month** | | | | | |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | | |
|---|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | | |
| Plus: Estate Disbursements Made by Outside Sources  disbursements Aurisocete | 17,615. 39 | Ex A |
| Plus:  disbursements Jumpin Jammers | 16,000 | Ex B |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | | |
| Less:  Transfers between debtor-in-possession bank accounts | | |
| **Total Disbursements for Calculating Quarterly Fees** | 33,615. 39 | |

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

*See Exhibit "B"*

Month: *October*
Account # *XXXX 183*

Bank Name *Chase*

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | |

Page 3

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating | Payroll | Tax | |
| | # | # | # | |

| | | | | |
|---|---|---|---|---|
| Balance at Beginning of Period | | | | |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Cash Sales | | | | |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| TOTAL RECEIPTS | | | | |

| DISBURSEMENTS | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| TOTAL DISBURSEMENTS | | | | |

| | | | | |
|---|---|---|---|---|
| Balance at End of Month | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | |

# INCOME STATEMENT
### (Accrual Basis)

*Glendale Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 0 | | 0 |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) mtz | 16,000 | | 16,000 |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) repairs | 166.11 | | 3666.11 |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | -16,166.11 | | -19,666.11 |
|---|---|---|---|

# INCOME STATEMENT
(Accrual Basis)

*Vega Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 3510 | | 11,430 |
| Less:  Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) mtg | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) utilities | 424 | | 1272 |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 3086. 00 | | 10,158 00 |
|---|---|---|---|

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | A fee application has been filed for fees and costs | | | | |
| Secured Debt | from the date of filing through 12/7/15 for $44,879.03 | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

Case 2:15-bk-08302-DPC    Doc 46    Filed 12/18/15    Entered 12/18/15 15:35:01    Desc
Main Document    Page 7 of 18

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | ✓ | |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| Are any wages past due? | | ✓ |
| Are any U. S. Trustee quarterly fees delinquent? | | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Debtor is working on getting DIP accounts operational. Personal expenses have been paid by draws from AwwSoCute, LLC (a company owned by Debtor).

Current number of employees: ___

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Farmers 98628-56-44 | Vegas property | 7/15 - 7/16 | 958.⁸⁰ / yr |
| Oasis 04MGEP0245318 | Auto (3) | 8/15 - 2/16 | 3802.⁵⁰ / 6 mos. |
| | Glendale property | | |
| | Voltaire (home) | | |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

Expenses decreased; Debtor is rebuilding his business after relief from unsecured debt service; property in Glendale is being repaired from damage caused by tenant in preparation for re-leasing the property as a vacation rental home.

Identify any matters that are delaying the filing of a plan of reorganization:

A motion has been filed to extend the date to file the Plan to February 15, 2016, to allow the Debtors in the consolidated cases to reflect income and expenses through the "Busy Season" of November, December and January.

Page 9

**DISBURSEMENT DETAIL**
(Business Entity)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

Month: _____
Account # _____

Bank Name _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Number | Date | Payee | Purpose | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements)

Page 10

# Awwsocute, Inc.
## Transactions by Account
### As of October 31, 2015

EXHIBIT A

| Type | Date | Name | Memo | Debit | Credit |
|---|---|---|---|---|---|
| **Draw** | | | | | |
| Check | 10/01/2015 | ATM | 325228  10/01KUBO BLDG Yen | 516.93 | |
| Check | 10/05/2015 | Bill Baney | er 4917654102 to Bill Baney | 350.00 | |
| Check | 10/08/2015 | Bill Baney | er 4923935224 to Bill Baney | 300.00 | |
| Check | 10/08/2015 | Direct TV | CA      10/06 | 247.65 | |
| Check | 10/08/2015 | ATM | | 1,000.00 | |
| Check | 10/08/2015 | Wire | BANK OF AMERICA, N.A /0959 A/C: | 1,000.00 | |
| Deposit | 10/08/2015 | Deposit | Deposit | | 300.00 |
| Deposit | 10/08/2015 | Homeaway | 473:75    CCD ID: 1411955039 | | 2,790.00 |
| Check | 10/08/2015 | Landscape Lighting | 00 FL     10/07 | 59.85 | |
| Check | 10/08/2015 | LV Water District | 10/07 | 100.00 | |
| Check | 10/08/2015 | Pool Service | 10/08 | 250.00 | |
| Check | 10/09/2015 | Chad Michael Hair | AZ | 48.00 | |
| Check | 10/09/2015 | Walmart | 10/09 Purchase $40.88 Cash Back | 80.88 | |
| Check | 10/09/2015 | Cox | 00 NV     10/09 | 149.89 | |
| Check | 10/09/2015 | Landscape Lighting | 00 FL     10/08 | 75.79 | |
| Check | 10/13/2015 | Bashas | 10/09 | 44.46 | |
| Check | 10/13/2015 | Sprouts | 10/09 | 41.57 | |
| Check | 10/13/2015 | ATM | 897521  10/1313950 NOR | 164.00 | |
| Check | 10/13/2015 | EOS Fitness | AZ      10/13 | 19.53 | |
| Check | 10/13/2015 | Sears | 10/09 | 247.00 | |
| Check | 10/14/2015 | Bill Baney | er 4939857497 to Bill Baney | 250.00 | |
| Check | 10/14/2015 | Southwest Gas | PPD ID: 4880085720 | 87.57 | |
| Check | 10/14/2015 | Arrow Animal Hospital | Z       10/13 | 176.00 | |
| Check | 10/15/2015 | Sprouts | 10/15 | 50.00 | |
| Check | 10/15/2015 | ATM | 464703  10/1513950 NOR | 464.00 | |
| Check | 10/15/2015 | Direct TV | CA      10/15 | 111.25 | |
| Deposit | 10/15/2015 | ATM | UNDERBIRD RD PEORIA AZ | | 1,500.00 |
| Check | 10/16/2015 | Wire | 123000220 A/C: STAN CORP MORTGAG | 1,500.00 | |
| Check | 10/19/2015 | Truly Nolen | 54 AZ     10/17 | 37.00 | |
| Check | 10/19/2015 | ATM | 781471  10/1813950 NOR | 104.00 | |
| Check | 10/19/2015 | Target | 10/18 | 105.25 | |
| Check | 10/19/2015 | Homegoods | 10/18 | 70.25 | |
| Check | 10/20/2015 | ATM | | 2,500.00 | |
| Check | 10/22/2015 | Pool Service | 10/21 | 550.00 | |
| Check | 10/22/2015 | Bashas | 10/22 Purchase $87.72 Cash Back | 187.72 | |
| Check | 10/23/2015 | Ageless Mens Health | AZ      10/21 | 210.00 | |
| Check | 10/23/2015 | Wire | BANK OF AMERICA, N.A./0959 A/C: | 800.00 | |
| Check | 10/26/2015 | Trader Joes | AZ      10/24 | 50.34 | |
| Check | 10/26/2015 | Southwest Gas | PPD ID: 4880085720 | 18.97 | |
| Check | 10/26/2015 | Frys | 10/24 | 80.76 | |
| Check | 10/29/2015 | Wire | BANK OF AMERICA, N.A./0959 A/C: | 1,000.00 | |
| Check | 10/29/2015 | Bill Baney | er 4966661166 to Bill Baney | 250.00 | |
| Deposit | 10/29/2015 | Homeaway | 692:75    CCD ID: 1411955039 | | 629.98 |
| Check | 10/30/2015 | Millenium Lawn Service | s NV     10/29 | 250.00 | |
| Check | 10/30/2015 | Chad Michael Hair | 10/29 | 120.00 | |
| General Jo... | 10/31/2015 | ATM | PayPal | 588.00 | |
| General Jo... | 10/31/2015 | Bashas | PayPal | 38.10 | |
| General Jo... | 10/31/2015 | City of Peoria | PayPal | 343.83 | |
| General Jo... | 10/31/2015 | Cox | PayPal | 250.00 | |
| General Jo... | 10/31/2015 | Netflix | PayPal | 11.99 | |
| General Jo... | 10/31/2015 | Safecart | PayPal | 19.95 | |
| General Jo... | 10/31/2015 | Vitamin Shoppe | PayPal | 204.17 | |
| General Jo... | 10/31/2015 | Want Tickets | PayPal | 243.50 | |
| General Jo... | 10/31/2015 | Pier Imports | PayPal | 98.91 | |
| General Jo... | 10/31/2015 | ATM | PayPal | 1,100.00 | |
| General Jo... | 10/31/2015 | TJ Pools | PayPal | 1,050.00 | |
| **Total Draw** | | | | 17,615.39 | 5,219.98 |
| **TOTAL** | | | | 17,615.39 | 5,219.98 |

# Awwsocute, Inc.
## Profit & Loss
### October 2015

|  | Oct 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Merchandise Sales | 20,781.32 |
| Refunds | -325.22 |
| **Total Income** | 20,456.10 |
| **Cost of Goods Sold** | |
| Purchases | 4,091.00 |
| Shipping | 2,050.00 |
| **Total COGS** | 6,141.00 |
| **Gross Profit** | 14,315.10 |
| **Expense** | |
| Advertising and Promotion | 724.53 |
| Automobile Expense | 637.31 |
| Bank Service Charges | 650.27 |
| Computer and Internet Expenses | 944.38 |
| Meals and Entertainment | 14.05 |
| Office Supplies | 82.86 |
| Outside Contractors | 700.00 |
| Professional Fees | 350.00 |
| Repairs and Maintenance | 417.06 |
| Telephone Expense | 310.00 |
| **Total Expense** | 4,830.46 |
| **Net Ordinary Income** | 9,484.64 |
| **Net Income** | 9,484.64 |



JUMPIN JAMMERZ LLC | Account # 7867 | October 1, 2015 to October 31, 2015

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|---|---|---|---|
| 10/19/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011015 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -75.21 |
| 10/20/15 | Customer Withdrawal Image | | -7,000.00 |
| 10/20/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011016 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -63.54 |
| 10/20/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011017 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -63.00 |
| 10/20/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011018 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -50.06 |
| 10/21/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011019 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -80.01 |
| 10/22/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011020 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -104.56 |
| 10/23/15 | AZ TLR cash withdrawal from CHK 7867 | | -120.00 |
| 10/23/15 | Customer Withdrawal Image | | -4,000.00 |
| 10/23/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011021 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -81.41 |
| 10/26/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011022 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -274.45 |
| 10/27/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011023 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -46.40 |
| 10/27/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011025 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -39.21 |
| 10/27/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011024 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -38.88 |
| 10/28/15 | AZ TLR cash withdrawal from CHK 7867 | | -5,000.00 |
| 10/28/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011026 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -89.24 |
| 10/29/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011027 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -90.68 |
| 10/30/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011028 INDN:JUMPIN JAMMERZ ID:1200675870 CCD | CO | -71.07 |

Card account # XXXX XXXX XXXX 0614

| 10/01/15 | CHECKCARD 0930 STAMPS.COM *USPOSTAGE 877-782-6785 CA 24692165273000547408397 CKCD 7399 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -500.00 |
|---|---|---|
| 10/01/15 | CITIBANK JAPAN 10/01 #000425350 WITHDRWL KUBO BLDG 2-9-2 Y YOGI TOKYO | -334.58 |
| 10/02/15 | CHECKCARD 0930 GATEWAY FUJIYAMA YAMANASHI 74980005274147300348014 CKCD 7011 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -60.63 |
| 10/02/15 | CHECKCARD 0930 GATEWAY FUJIYAMA YAMANASHI 74980005274147300348022 CKCD 7011 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -18.11 |
| 10/05/15 | CHECKCARD 0930 FUJI TEMPURA IDATEN YAMANASHI 74534005275000000621612 CKCD 5812 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -69.34 |
| 10/05/15 | CHECKCARD 0930 OTSUKI STATION YAMANASHI 74534005275000000623410 CKCD 5999 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -41.12 |
| 10/05/15 | CHECKCARD 1002 BAR EVA TOKYO 7429769527700002639599 CKCD 5813 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -149.98 |
| 10/05/15 | CHECKCARD 1002 GOOGLE *SVCSAPPS_JUMPI CC@GOOGLE.COMCA 24692165275000870020635 CKCD 7311 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -80.00 |
| 10/05/15 | CHECKCARD 1002 ALIEXPRESS 408-748-1200 DE 24224435276101029603462 CKCD 5965 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -3.47 |

*continued on the next page*

Case 2:15-bk-08302-DPC Doc 46 Filed 12/18/15 Entered 12/18/15 15:35:01 Desc
Main Document Page 12 of 18

Page 6 of 14



# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 01, 2015 through October 30, 2015

Account Number:                    J183



|||||||||||||||||||||||||||||||||||||||||||
00002152 DRE 703 210 30815 NNYNNNNNNNN  1 000000000 D2 0000
AWW SO CUTE INC
3150 W SAHARA AVE STE B13
LAS VEGAS NV 89102-6065

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

Reminder about fees for cash deposits to business accounts

The fee for cash deposited with a teller or at a night depository that is above the amount
you can deposit at no charge as a benefit of your specific deposit product is $2.50
per $1,000 deposited, as we previously disclosed to you. Please refer to the Product
Features for your account(s) in the Additional Banking Services and Fees disclosure
we gave you when you opened your account.

We offer alternative methods for depositing cash, such as Chase ATMs and cash vault
services. These methods may result in lower fees. Please visit a branch or speak with
your banker for more information.

## CHECKING SUMMARY   Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $809.99 |
| Deposits and Additions | 46 | 19,726.78 |
| ATM & Debit Card Withdrawals | 49 | - 7,294.66 |
| Electronic Withdrawals | 38 | - 9,260.85 |
| Fees and Other Withdrawals | 3 | - 3,973.00 |
| Ending Balance | 136 | $8.26 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Cts Holdings,LLC Settlement 064157600010929 CCD ID: 1200675870 | $49.21 |
| 10/02 | Cts Holdings,LLC Settlement 064157600010930 CCD ID: 1200675870 | 388.93 |
| 10/05 | Cts Holdings,LLC Settlement 064157600011001 CCD ID: 1200675870 | 267.79 |
| 10/05 | Shopify Payments Transfer          CCD ID: Wfmstripe1 | 88.85 |
| 10/05 | American Express Settlement 5271569154          CCD ID: 1134992250 | 9.95 |
| 10/06 | Cts Holdings,LLC Settlement 064157600011002 CCD ID: 1200675870 | 974.68 |
| 10/06 | Cts Holdings,LLC Settlement 064157600011004 CCD ID: 1200675870 | 443.86 |
| 10/06 | Cts Holdings,LLC Settlement 064157600011003 CCD ID: 1200675870 | 279.28 |
| 10/07 | Cts Holdings,LLC Settlement 064157600011005 CCD ID: 1200675870 | 439.43 |
| 10/08 | Deposit    1516001229 | 300.00 |
| 10/08 | Homeaway    Remittance 4956473:75          CCD ID: 1411955039 | 2,790.00 |
| 10/08 | Cts Holdings,LLC Settlement 064157600011006 CCD ID: 1200675870 | 369.09 |
| 10/09 | Cts Holdings,LLC Settlement 064157600011007 CCD ID: 1200675870 | 202.51 |

 **CHASE**

## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/13 | Cts Holdings,LLC Settlement 064157600011008 CCD ID: 1200675870 | 382.91 |
| 10/13 | American Express Settlement 5271569154    CCD ID: 1134992250 | 114.87 |
| 10/13 | American Express Settlement 5271569154    CCD ID: 1134992250 | 29.89 |
| 10/13 | American Express Settlement 5271569154    CCD ID: 1134992250 | 27.89 |
| 10/14 | Cts Holdings,LLC Settlement 064157600011011 CCD ID: 1200675870 | 465.64 |
| 10/14 | Cts Holdings,LLC Settlement 064157600011009 CCD ID: 1200675870 | 434.76 |
| 10/14 | Cts Holdings,LLC Settlement 064157600011010 CCD ID: 1200675870 | 357.67 |
| 10/14 | Cts Holdings,LLC Settlement 064157600011012 CCD ID: 1200675870 | 285.66 |
| 10/15 | ATM Cash Deposit        10/15 8366 W Thunderbird Rd Peoria AZ Card 8923 | 1,500.00 |
| 10/15 | Cts Holdings,LLC Settlement 064157600011013 CCD ID: 1200675870 | 195.61 |
| 10/16 | Cts Holdings,LLC Settlement 064157600011014 CCD ID: 1200675870 | 170.41 |
| 10/19 | Cts Holdings,LLC Settlement 064157600011015 CCD ID: 1200675870 | 223.13 |
| 10/19 | American Express Settlement 5271569154    CCD ID: 1134992250 | 193.53 |
| 10/19 | American Express Settlement 5271569154    CCD ID: 1134992250 | 136.98 |
| 10/19 | Shopify Payments Transfer        CCD ID: Wfmstripe1 | 56.97 |
| 10/20 | Cts Holdings,LLC Settlement 064157600011017 CCD ID: 1200675870 | 1,184.43 |
| 10/20 | Cts Holdings,LLC Settlement 064157600011018 CCD ID: 1200675870 | 758.26 |
| 10/20 | Cts Holdings,LLC Settlement 064157600011016 CCD ID: 1200675870 | 593.49 |
| 10/21 | Cts Holdings,LLC Settlement 064157600011019 CCD ID: 1200675870 | 623.10 |
| 10/21 | American Express Settlement 5271569154    CCD ID: 1134992250 | 103.92 |
| 10/22 | Cts Holdings,LLC Settlement 064157600011020 CCD ID: 1200675870 | 1,384.59 |
| 10/22 | American Express Settlement 5271569154    CCD ID: 1134992250 | 9.95 |
| 10/23 | Cts Holdings,LLC Settlement 064157600011021 CCD ID: 1200675870 | 306.81 |
| 10/26 | Cts Holdings,LLC Settlement 064157600011022 CCD ID: 1200675870 | 142.62 |
| 10/26 | American Express Settlement 5271569154    CCD ID: 1134992250 | 140.62 |
| 10/26 | Shopify Payments Transfer        CCD ID: Wfmstripe1 | 74.05 |
| 10/27 | Cts Holdings,LLC Settlement 064157600011023 CCD ID: 1200675870 | 681.58 |
| 10/27 | Cts Holdings,LLC Settlement 064157600011025 CCD ID: 1200675870 | 297.47 |
| 10/27 | Cts Holdings,LLC Settlement 064157600011024 CCD ID: 1200675870 | 267.03 |
| 10/28 | Cts Holdings,LLC Settlement 064157600011026 CCD ID: 1200675870 | 430.78 |
| 10/29 | Homeaway        Remittance 5081692:75      CCD ID: 1411955039 | 629.98 |
| 10/29 | Cts Holdings,LLC Settlement 064157600011027 CCD ID: 1200675870 | 542.86 |
| 10/30 | Cts Holdings,LLC Settlement 064157600011028 CCD ID: 1200675870 | 377.94 |
| **Total Deposits and Additions** | | **$19,726.78** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Non-Chase ATM Withdraw 10/01 Kubo Bldg 2-9-2 Yo Yogi Tokyo Card 8923 Yen<br>600.00 X 0.008364500 (Exchg Rte) + 15.06 (Exchg Rte Ad | $516.93 |
| 10/05 | Card Purchase        10/01 Satsukashiyotsupukamosh Tokyo Card 8923 Yen<br>16.20 X 0.008425926 (Exchg Rte) + 0.40 (Exchg Rte ADJ) | 14.05 |
| 10/05 | Card Purchase        10/03 Apl* Itunes.Com/Bill 866-712-7753 CA Card 8923 | 2.99 |
| 10/05 | Card Purchase        10/04 Mailchimp Mailchimp.Com GA Card 8923 | 240.00 |
| 10/06 | Recurring Card Purchase 10/06 Dtv*Directv Service 800-347-3288 CA Card 8923 | 247.65 |
| 10/07 | Card Purchase        10/07 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 20.40 |
| 10/07 | Card Purchase        10/07 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 38.82 |
| 10/07 | Recurring Card Purchase 10/06 Parallels Inc 425-282-6400 WA Card 8923 | 35.00 |
| 10/08 | Card Purchase        10/07 Landscape Lighting Wo 813-978-3700 FL Card 8923 | 59.85 |
| 10/08 | Card Purchase        10/07 Lvvwd-4 800-252-2011 NV Card 8923 | 100.00 |

# CHASE ⬣

October 01, 2015 through October 30, 2015

Account Number: 183

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/08 | Recurring Card Purchase 10/06 AT&T*Bill Payment 800-288-2020 TX Card 8923 | 310.00 |
| 10/08 | Recurring Card Purchase 10/07 Privateinternetaccess 855-266-6876 MI Card 8923 | 6.95 |
| 10/09 | Card Purchase       10/09 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 29.08 |
| 10/09 | Card Purchase       10/09 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 18.36 |
| 10/09 | Card Purchase       10/08 Dal-Tile #527 Phoenix 602-258-9390 AZ Card 8923 | 417.06 |
| 10/09 | Card Purchase       10/08 Landscape Lighting Wo 813-978-3700 FL Card 8923 | 75.79 |
| 10/09 | Card Purchase       10/08 Sq *Pool Service Las Vegas NV Card 8923 | 250.00 |
| 10/09 | Card Purchase       10/08 Sq *Chad Michael Hair Scottsdale AZ Card 8923 | 48.00 |
| 10/09 | Card Purchase W/Cash    10/09 Wal-Mart #4275 Peoria AZ Card 8923 Purchase $40.86 Cash Back $40.00 | 80.86 |
| 10/09 | Recurring Card Purchase 10/09 Cox*Las Vegas Comm Sv 702-383-4000 NV Card 8923 | 149.89 |
| 10/13 | Card Purchase       10/09 Sears Carpet Cln95373 Phoenix AZ Card 8923 | 247.00 |
| 10/13 | Card Purchase       10/09 Bashas' #120 Peoria AZ Card 8923 | 44.46 |
| 10/13 | Card Purchase       10/09 Sprouts Farmers Mar Peoria AZ Card 8923 | 41.57 |
| 10/13 | Non-Chase ATM Withdraw  10/13 13950 North 75th Avenue Peoria AZ Card 8923 | 164.00 |
| 10/13 | Recurring Card Purchase 10/13 Eosfitness.Com Azp 800-693-3948 AZ Card 8923 | 19.53 |
| 10/14 | Card Purchase       10/13 Arrow Animal Hospital Glendale AZ Card 8923 | 176.30 |
| 10/15 | Card Purchase       10/15 Sproutvideo LLC 855-777-6889 NY Card 8923 | 50.00 |
| 10/15 | Card Purchase       10/15 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 28.95 |
| 10/15 | Card Purchase       10/15 Stamps.Com *Uspostag 877-782-6785 CA Card 8923 | 250.00 |
| 10/15 | Non-Chase ATM Withdraw  10/15 13950 North 75th Avenue Peoria AZ Card 8923 | 464.00 |
| 10/15 | Recurring Card Purchase 10/15 Dtv*Directv Service 800-347-3288 CA Card 8923 | 111.25 |
| 10/19 | Card Purchase       10/17 Truly Nolen of Americ 623-974-9554 AZ Card 8923 | 37.00 |
| 10/19 | Non-Chase ATM Withdraw  10/18 13950 North 75th Avenue Peoria AZ Card 8923 | 104.00 |
| 10/19 | Card Purchase       10/18 Target      00008250 Peoria AZ Card 8923 | 105.25 |
| 10/19 | Card Purchase       10/18 Homegoods #444 Peoria AZ Card 8923 | 70.25 |
| 10/22 | Card Purchase       10/21 Sq *Pool Service Las Vegas NV Card 8923 | 550.00 |
| 10/22 | Card Purchase W/Cash    10/22 Bashas' #120 Peoria AZ Card 8923 Purchase $87.72 Cash Back $100.00 | 187.72 |
| 10/23 | Card Purchase       10/21 Ageless Men'S Health AZ Glendale AZ Card 8923 | 210.00 |
| 10/26 | Card Purchase       10/24 Stamps.Com *Uspostag 877-782-6785 CA Card 8923 | 300.00 |
| 10/26 | Card Purchase       10/24 Mailchimp Mailchimp.Com GA Card 8923 | 50.00 |
| 10/26 | Card Purchase       10/24 Shell Oil 93004138504 Glendale AZ Card 8923 | 50.83 |
| 10/26 | Card Purchase       10/24 Frys-Food-Drg #060 Glendale AZ Card 8923 | 80.76 |
| 10/26 | Card Purchase       10/24 Trader Joe's #085 Qps Glendale AZ Card 8923 | 50.34 |
| 10/27 | Card Purchase       10/26 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 12.97 |
| 10/28 | Card Purchase       10/27 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 185.43 |
| 10/28 | Card Purchase       10/27 Mga*Gainsco Auto Ins 866-424-6726 TX Card 8923 | 586.48 |
| 10/28 | Card Purchase       10/27 Dnh*Godaddy.Com 480-5058855 AZ Card 8923 | 84.89 |
| 10/30 | Card Purchase       10/29 Sq *Chad Michael Hair Phoenix AZ Card 8923 | 120.00 |
| 10/30 | Card Purchase       10/29 Sq *Millenium Lawn Serv Las Vegas NV Card 8923 | 250.00 |
| | **Total ATM & Debit Card Withdrawals** | **$7,294.66** |

## ATM & DEBIT CARD SUMMARY

Steve Pandi  Card 8923

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,248.93 |
| Total Card Purchases | $6,045.73 |
| Total Card Deposits & Credits | $1,500.00 |

ATM & Debit Card Totals

Page 3 of 6

Case 2:15-bk-08302-DPC    Doc 46   Filed 12/18/15   Entered 12/18/15 15:35:01   Desc
Main Document    Page 15 of 18




| | | |
|---|---|---|
| Total ATM Withdrawals & Debits | | $1,248.93 |
| Total Card Purchases | | $6,045.73 |
| Total Card Deposits & Credits | | $1,500.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | $138.62 |
| 10/01 | American Express Axp Dlscnt 5271569154     CCD ID: 1134992250 | 10.32 |
| 10/02 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/02 | Authnet Gateway  Billing   40065155      CCD ID: 1870568569 | 25.55 |
| 10/05 | Chase Quickpay Electronic Transfer 4917654102 To Bill Baney | 350.00 |
| 10/05 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/06 | Chase Quickpay Electronic Transfer 4923935224 To Bill Baney | 300.00 |
| 10/06 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/07 | Cts Holdings,LLC Settlement 064157600011005 CCD ID: 1200675870 | 289.43 |
| 10/07 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/08 | 10/08 International Wire Transfer Via: Bank of America, N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: George Pandi Toronto On I4C8N2 CA Ssn: 0385625 Trn: 4077300281Es | 1,000.00 |
| 10/08 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/09 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/13 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/14 | Chase Quickpay Electronic Transfer 4939657497 To Bill Baney | 250.00 |
| 10/14 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/14 | Southwest Gas   App          PPD ID: 4880085720 | 87.57 |
| 10/15 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/16 | 10/16 Wire Transfer Via: US Bk OR Por/123000220 A/C: Stan Corp Mortgage Investors, LLC Ref: Attn: Loan Servicing-Cash Desk (971-321-8573 Loan# A8031002) Imad: 1016B1Qgc04C001159 Trn: 5250500288Es | 1,500.00 |
| 10/16 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/19 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/19 | Cts Holdings,LLC Settlement 064157600011015 CCD ID: 1200675870 | 7.99 |
| 10/20 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/21 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/22 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/23 | 10/23 International Wire Transfer Via: Bank of America, N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: George Pandi Richmond Hill On 14C8N2 CA Ssn: 0356799 Trn: 4246700296Es | 800.00 |
| 10/23 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/26 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/26 | Southwest Gas   App          PPD ID: 4880085720 | 18.97 |
| 10/27 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/27 | Cts Holdings,LLC Settlement 064157600011025 CCD ID: 1200675870 | 10.00 |
| 10/28 | Chase Quickpay Electronic Transfer 4967006620 To Todd Reinsch | 100.00 |
| 10/28 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/29 | 10/29 International Wire Transfer Via: Bank of America, N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: George Pandi Toronto On L4C8N2 CA Ssn: 0368295 Trn: 3916900302Es | 1,000.00 |
| 10/29 | Chase Quickpay Electronic Transfer 4968684648 To Kevin Marshall | 350.00 |
| 10/29 | Chase Quickpay Electronic Transfer 4968681166 To Bill Baney | 250.00 |
| 10/29 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/30 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| **Total Electronic Withdrawals** | | **$9,260.85** |

Case 2:15-bk-08302-DPC     Doc 46     Filed 12/18/15     Entered 12/18/15 15:35:01     Desc
Main Document      Page 16 of 18

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/05 | Service Charges For The Month of September | $473.00 |
| 10/08 | 10/08 Withdrawal | 1,000.00 |
| 10/20 | 10/20 Withdrawal | 2,500.00 |
| | **Total Fees & Other Withdrawals** | **$3,973.00** |

You were charged a monthly service fee of $20.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $50,000.00. Your relationship balance was $571.00.



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/01 | $193.33 | 10/13 | 231.43 | 10/22 | 1,458.91 |
| 10/02 | 416.09 | 10/14 | 1,122.67 | 10/23 | 617.10 |
| 10/05 | -436.18 | 10/15 | 1,775.46 | 10/26 | 284.87 |
| 10/06 | 575.37 | 10/16 | 307.25 | 10/27 | 1,369.36 |
| 10/07 | 492.53 | 10/19 | 454.75 | 10/28 | 704.72 |
| 10/08 | 1,336.20 | 10/20 | 352.31 | 10/29 | 138.94 |
| 10/09 | 331.05 | 10/21 | 940.71 | 10/30 | 8.26 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $20.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $140.00 |
| **Total Service Charges** | **$160.00** Will be assessed on 11/4/15 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 83 |
| Deposits / Credits | 45 |
| Deposited Items | 2 |
| **Total Transactions** | **130** |

Chase Performance Business Checking allows up to 350 checks, deposits, and deposited items per statement cycle. Your transaction total for this cycle was 130.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| Your Product Includes: | | | | | |
| ACCOUNT 000000186220183 | | | | | |
| Monthly Service Fee | 1 | | | $20.00 | $20.00 |
| Transactions | 130 | 350 | 0 | $0.00 | $0.00 |
| Outgoing Wires - Domestic Manual | 1 | 2 | 0 | $30.00 | $0.00 |
| Subtotal | | | | | $20.00 |
| Other Fees | | | | | |
| Outgoing Wires - International Manual | 3 | 0 | 3 | $45.00 | $135.00 |
| ATM - Non Chase Withdrawal | 3 | 0 | 3 | $0.00 | $0.00 |
| ATM - International Withdrawal | 1 | 0 | 1 | $5.00 | $5.00 |

Case 2:15-bk-08302-DPC    Doc 46    Filed 12/18/15    Entered 12/18/15 15:35:01    Desc
Main Document    Page 17 of 18



## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Total Service Charge (Will be assessed on 11/4/15) | | | | | $160.00 |

ACCOUNT 000000186220183

| | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | 1 | | | | |
| Transactions | 130 | | | | |
| Outgoing Wires - Domestic Manual | 1 | | | | |
| Outgoing Wires - International Manual | 3 | | | | |
| ATM - Non Chase Withdrawal | 3 | | | | |
| ATM - International Withdrawal | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC