ALLEN D. BUTLER, P.C.
406 E. Southern Avenue
Tempe, AZ 85282-2674
Tel: (480) 921-0626
Fax: (480) 967-5075
Allen D. Butler #5392 - abutler@legalaz.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceeding under Chapter 11 |
| JUMPIN JAMMERZ, LLC | ) Case No. 2:15-bk-08300 DPC |
| Debtor. | ) (Jointly Administered) |
| STEVE PANDI | ) Case No. 2:15-bk-08302 DPC |
| Debtor. | ) NOTICE OF FILING AMENDED<br>) MONTHLY REPORTS FOR<br>) DEBTOR STEVE PANDI FOR<br>) MONTHS JULY, AUGUST,<br>) SEPTEMBER & OCTOBER |

NOTICE IS HEREBY GIVEN that Debtor Steve Pandi is filing Amended Monthly Reports for the months of July, August, September, and October.

1. Debtor Steve Pandi owns Jumpin Jammerz, LLC, (Case No. 15-bk-08300) and the two Chapter 11 bankruptcies are being jointly administered.

2. Steve Pandi also owns another company, AwwSoCute, LLC.

3. At the time of filing the Chapter 11 cases, Pandi's personal bank account was overdrawn. Because of the status of the account, the bank closed the account and would not open the requisite DIP accounts.

4. After considerable searching, including inquiries to JPMorgan Chase, Bank of America, Wells Fargo and Comerica Bank), Pandi was finally able to open a DIP account in September and is working towards transferring his income streams and bill pays into the new account.

5. In the interim, most of Pandi's living expenses have been paid from the AwwSoCute bank account and, on occasion, from Jumpin Jammerz. Attached to the monthly reports as Exhibits A and B (when applicable) are transaction reports showing funds paid from AwwSoCute and Jumpin Jammerz on Pandi's behalf.

1      6. In addition, Pandi owns two rental properties, one in Glendale, Arizona and

2 one in Las Vegas. He had no income generated from the properties in July. The

3 properties have generated income in subsequent months.

4      7. The Glendale property was being repaired (July through October), due to

5 damages caused by the prior tenant, in preparation for leasing later in the year. Pandi

6 plans to rent the property as a vacation rental, and has customers already lined up.

7      8. The Las Vegas property is also being leased as a vacation rental. It is

8 expected that this plan will generate substantially more income then renting the

9 properties as residential property.

10      RESPECTFULLY SUBMITTED this _18th_ day of December, 2015.

11

12      ALLEN D. BUTLER, P.C.

13

14      _/s/ adb 5335_

15      Allen D. Butler, Esq.
     406 E. Southern Avenue

16      Tempe, AZ 85282

17 Copy of the foregoing filed
and mailed / e-mailed this

18 _18th_ day of December, 2015, to:

19

20 Jennifer A. Giaimo
Office of the U.S. Trustee

21 230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

22

23 Jennifer.A.Giaimo@usdoj.gov

24

25 By:_____

26

27

28

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )
)
*Jumpin Jammerz, LLC* )  CASE NO. *2:15-bk-08302 DPC*
*Debtor* )
) **INDIVIDUAL DEBTOR ENGAGED IN**
*Steve Pandi* ) **BUSINESS MONTHLY REPORT**
*Debtor* )
) MONTH OF *October, 2015*
)
) DATE PETITION FILED: *July 2, 2015*
Debtor(s) )
) TAX PAYER ID NO. : _____

Nature of Debtor's Business: *rental properties; on-line sales*
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED *2/15/2016*
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED *2/15/2016*

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____           _____
ORIGINAL SIGNATURE OF DEBTOR                ORIGINAL SIGNATURE OF CO-DEBTOR

*Steve Pandi*
_____           _____
PRINTED NAME OF DEBTOR                      PRINTED NAME OF CO-DEBTOR

*12/16/2015*
_____           _____
DATE                                        DATE

**PREPARER:**

_____           _____
ORIGINAL SIGNATURE OF PREPARER              TITLE

_____           _____
PRINTED NAME OF PREPARER                    DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**

PHONE NUMBER: _____

ADDRESS: _____

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
## INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|
| | Cash | Checking | Savings | |
| | | # *Auto Secu* #2 *Account* # | | |
| Balance at Beginning of Period | | | | |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Wages - Debtor | | | | |
| Wages - Co-Debtor | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Gifts (money) | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| TOTAL RECEIPTS | | | | |

| | | | | |
|---|---|---|---|---|
| TOTAL DISBURSEMENTS | | | | |
| Balance at End of Month | | | | |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | | |
|---|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | | |
| Plus: Estate Disbursements Made by Outside Sources *disbursements Associate* | 17,615.39 | *Ex A* |
| Plus: *disbursements Jumpin Jammerz* | 16,000 | *E+B* |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | | |
| Less: Transfers between debtor-in-possession bank accounts | | |
| **Total Disbursements for Calculating Quarterly Fees** | 33,615.39 | |

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

*See Exhibit "B"*

Month: *October*
Account # *XXXX 183*

Bank Name *Chase*

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

Page 3

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating | Payroll | Tax | |
| | # | # | # | |
| Balance at Beginning of Period | | | | |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Cash Sales | | | | |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| TOTAL RECEIPTS | | | | |

| DISBURSEMENTS | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| TOTAL DISBURSEMENTS | | | | |

| Balance at End of Month | | | | |
|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | |

# INCOME STATEMENT
### (Accrual Basis)

*Glendale Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | 0 | | 0 |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) mtz | 16,000 | | 16,000 |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) repairs | 1666.11 | | 3666.11 |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | -16,166.11 | | -19,666.11 |
|---|---|---|---|

# INCOME STATEMENT
(Accrual Basis)

*Vega Property*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| **REVENUES** | | | |
| Gross Revenue | 3510 | | 11,430 |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |
| | | | |
| **COST OF GOODS SOLD** | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| | | | |
| **GROSS PROFIT** | | | |
| | | | |
| **OPERATING EXPENSES** | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) *mtg* | | | |
| Total Operating Expenses | | | |
| | | | |
| Income Before Non-operating Income and Expense | | | |
| | | | |
| **OTHER INCOME & EXPENSE** | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) *utilities* | 424 | | 1272 |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| | | | |
| Income Before Reorganization Expense | | | |
| | | | |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| | | | |
| Income Tax | | | |
| **NET PROFIT OR (LOSS)** | 3086. ⁰⁰ | | 10,158 ⁰⁰ |

Case 2:15-bk-08302-DPC    Doc 47    Filed 12/18/15    Entered 12/18/15 15:38:09    Desc
Main Document    Page 8 of 20
Page 5

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | A fee application has been filed for fees and costs | | | | |
| Secured Debt | from the date of filing through 12/7/15 for $44,879.03 | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffesionals | | | | |

Page 8

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | ✓ | |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| Are any wages past due? | | ✓ |
| Are any U. S. Trustee quarterly fees delinquent? | | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Debtor is working on getting DIP accounts operational. Personal expenses have been paid by draws from AwwSoCute, LLC (a company owned by Debtor).

Current number of employees: _____

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Farmers 98628-56-44 | Vegas property | 7/15 - 7/16 | 998.⁸⁰ / yr |
| Oasis 04MGEP0245318 | Auto (3) | 8/15 - 2/16 | 3802.⁵⁰ / 6 mon |
| | Glendale property | | |
| | Voltaire (home) | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Expenses decreased; Debtor is rebuilding his business after relief from unsecured debt service; property in Glendale is being repaired from damage caused by tenant in preparation for re-leasing the property as a vacation rental home.

**Identify any matters that are delaying the filing of a plan of reorganization:**

A motion has been filed to extend the date to file the Plan to February 15, 2016, to allow the Debtors in the consolidated cases to reflect income and expenses through the "Busy Season" of November, December and January.

# DISBURSEMENT DETAIL
### (Business Entity)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

**Month:** _____

**Account #** _____

**Bank Name** _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | | |
|---|---|---|---|---|---|
| Number | Date | Payee | Purpose | | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total checks listed on this page | | | | | |
| Total checks listed on continuation pages | | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

Page 10

# Awwsocute, Inc.
## Transactions by Account
### As of October 31, 2015

EXHIBIT

| Type | Date | Name | Memo | Debit | Credit |
|---|---|---|---|---|---|
| **Draw** | | | | | |
| Check | 10/01/2015 | ATM | 325228  10/01KUBO BLDG Yen | 516.03 | |
| Check | 10/05/2015 | Bill Baney | er 4917654102 to Bill Baney | 350.00 | |
| Check | 10/08/2015 | Bill Baney | er 4923935224 to Bill Baney | 300.00 | |
| Check | 10/08/2015 | Direct TV | CA     10/06 | 247.65 | |
| Check | 10/08/2015 | ATM | | 1,000.00 | |
| Check | 10/08/2015 | Wire | BANK OF AMERICA, N.A./0959 A/C: | 1,000.00 | |
| Deposit | 10/08/2015 | Deposit | Deposit | | 300.00 |
| Deposit | 10/08/2015 | Homeaway | 473:75   CCD ID: 1411955039 | | 2,790.00 |
| Check | 10/08/2015 | Landscape Lighting | 00 FL    10/07 | 59.85 | |
| Check | 10/08/2015 | LV Water District | 10/07 | 100.00 | |
| Check | 10/08/2015 | Pool Service | 10/08 | 250.00 | |
| Check | 10/09/2015 | Chad Michael Hair | AZ      10/08 | 48.00 | |
| Check | 10/09/2015 | Walmart | 10/09 Purchase $40.86 Cash Back | 80.86 | |
| Check | 10/09/2015 | Cox | 00 NV    10/09 | 149.89 | |
| Check | 10/09/2015 | Landscape Lighting | 00 FL    10/08 | 75.79 | |
| Check | 10/13/2015 | Bashas | 10/09 | 44.48 | |
| Check | 10/13/2015 | Sprouts | 10/09 | 41.57 | |
| Check | 10/13/2015 | ATM | 897521  10/1313950 NOR | 184.00 | |
| Check | 10/13/2015 | EOS Fitness | AZ      10/13 | 19.53 | |
| Check | 10/13/2015 | Sears | 10/09 | 247.00 | |
| Check | 10/14/2015 | Bill Baney | er 4939857497 to Bill Baney | 250.00 | |
| Check | 10/14/2015 | Southwest Gas | PPD ID: 4880085720 | 87.57 | |
| Check | 10/14/2015 | Arrow Animal Hospital | Z      10/13 | 176.30 | |
| Check | 10/15/2015 | Sprouts | 10/15 | 50.00 | |
| Check | 10/15/2015 | ATM | 464703  10/1513950 NOR | 464.00 | |
| Check | 10/15/2015 | Direct TV | CA     10/15 | 111.26 | |
| Deposit | 10/15/2015 | ATM | UNDERBIRD RD PEORIA AZ | | 1,500.00 |
| Check | 10/16/2015 | Wire | 123000220 A/C: STAN CORP MORTGAG | 1,500.00 | |
| Check | 10/19/2015 | Truly Nolen | 54 AZ    10/17 | 37.00 | |
| Check | 10/19/2015 | ATM | 781471  10/1813950 NOR | 104.00 | |
| Check | 10/19/2015 | Target | 10/18 | 105.25 | |
| Check | 10/19/2015 | Homegoods | 10/18 | 70.25 | |
| Check | 10/20/2015 | ATM | | 2,500.00 | |
| Check | 10/22/2015 | Pool Service | 10/21 | 550.00 | |
| Check | 10/22/2015 | Bashas | 10/22 Purchase $87.72 Cash Back | 187.72 | |
| Check | 10/23/2015 | Ageless Mens Health | AZ      10/21 | 210.00 | |
| Check | 10/23/2015 | Wire | BANK OF AMERICA, N.A./0959 A/C: | 800.00 | |
| Check | 10/26/2015 | Trader Joes | AZ      10/24 | 60.34 | |
| Check | 10/26/2015 | Southwest Gas | PPD ID: 4880085720 | 18.97 | |
| Check | 10/26/2015 | Frys | 10/24 | 80.76 | |
| Check | 10/29/2015 | Wire | BANK OF AMERICA, N.A./0959 A/C: | 1,000.00 | |
| Check | 10/29/2015 | Bill Baney | er 4968681168 to Bill Baney | 250.00 | |
| Deposit | 10/29/2015 | Homeaway | 692:75   CCD ID: 1411955039 | | 629.98 |
| Check | 10/30/2015 | Millenium Lawn Service | s NV    10/29 | 250.00 | |
| Check | 10/30/2015 | Chad Michael Hair | 10/29 | 120.00 | |
| General Jo... | 10/31/2015 | ATM | PayPal | 588.00 | |
| General Jo... | 10/31/2015 | Bashas | PayPal | 38.10 | |
| General Jo... | 10/31/2015 | City of Peoria | PayPal | 343.83 | |
| General Jo... | 10/31/2015 | Cox | PayPal | 250.00 | |
| General Jo... | 10/31/2015 | Netflix | PayPal | 11.99 | |
| General Jo... | 10/31/2015 | Safecart | PayPal | 19.95 | |
| General Jo... | 10/31/2015 | Vitamin Shoppe | PayPal | 204.17 | |
| General Jo... | 10/31/2015 | Want Tickets | PayPal | 243.50 | |
| General Jo... | 10/31/2015 | Pier Imports | PayPal | 98.91 | |
| General Jo... | 10/31/2015 | ATM | PayPal | 1,100.00 | |
| General Jo... | 10/31/2015 | TJ Pools | PayPal | 1,050.00 | |
| **Total Draw** | | | | 17,615.39 | 5,219.98 |
| **TOTAL** | | | | 17,615.39 | 5,219.98 |

Case 2:15-bk-08302-DPC    Doc 47   Filed 12/18/15   Entered 12/18/15 15:38:09   Desc
Main Document    Page 12 of 20

# Awwsocute, Inc.
## Profit & Loss
### October 2015

|  | Oct 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Merchandise Sales | 20,781.32 |
| Refunds | -325.22 |
| **Total Income** | 20,456.10 |
| **Cost of Goods Sold** | |
| Purchases | 4,091.00 |
| Shipping | 2,050.00 |
| **Total COGS** | 6,141.00 |
| **Gross Profit** | 14,315.10 |
| **Expense** | |
| Advertising and Promotion | 724.53 |
| Automobile Expense | 637.31 |
| Bank Service Charges | 650.27 |
| Computer and Internet Expenses | 944.38 |
| Meals and Entertainment | 14.05 |
| Office Supplies | 82.88 |
| Outside Contractors | 700.00 |
| Professional Fees | 350.00 |
| Repairs and Maintenance | 417.06 |
| Telephone Expense | 310.00 |
| **Total Expense** | 4,830.46 |
| **Net Ordinary Income** | 9,484.64 |
| **Net Income** | 9,484.64 |

EXHIBIT 

# Withdrawals and other debits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/19/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011015  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -75.21 |
| 10/20/15 | Customer Withdrawal Image | | -7,000.00 |
| 10/20/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011016  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -63.54 |
| 10/20/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011017  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -63.00 |
| 10/20/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011018  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -50.06 |
| 10/21/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011019  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -80.01 |
| 10/22/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011020  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -104.56 |
| 10/23/15 | AZ TLR cash withdrawal from CHK 7867 | | -120.00 |
| 10/23/15 | Customer Withdrawal Image | | -4,000.00 |
| 10/23/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011021  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -81.41 |
| 10/26/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011022  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -274.45 |
| 10/27/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011023  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -46.40 |
| 10/27/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011025  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -39.21 |
| 10/27/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011024  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -38.88 |
| 10/28/15 | AZ TLR cash withdrawal from CHK 7867 | | -5,000.00 |
| 10/28/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011026  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -89.24 |
| 10/29/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011027  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -90.68 |
| 10/30/15 | CTS HOLDINGS,LLC DES:SETTLEMENT ID:025981300011028  INDN:JUMPIN JAMMERZ  ID:1200675870 CCD | CO | -71.07 |

Card account # XXXX XXXX XXXX 0614

| Date | Description | Amount |
|------|-------------|--------|
| 10/01/15 | CHECKCARD  0930 STAMPS.COM  *USPOSTAGE 877-782-6785 CA 2469216527300054740839 7  CKCD 7399 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -500.00 |
| 10/01/15 | CITIBANK JAPAN  10/01 #000425350 WITHDRWL KUBO BLDG 2-9-2 Y  YOGI TOKYO | -334.58 |
| 10/02/15 | CHECKCARD  0930 GATEWAY FUJIYAMA YAMANASHI      7498000527414730034801 4 CKCD  7011 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -60.63 |
| 10/02/15 | CHECKCARD  0930 GATEWAY FUJIYAMA YAMANASHI      7498000527414730034802 2 CKCD  7011 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -18.11 |
| 10/05/15 | CHECKCARD  0930 FUJI TEMPURA IDATEN YAMANASHI      7453400527500000062161 2 CKCD  5812 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -69.34 |
| 10/05/15 | CHECKCARD  0930 OTSUKI STATION YAMANASHI      7453400527500000062341 0 CKCD 5999  XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -41.12 |
| 10/05/15 | CHECKCARD  1002 BAR EVA TOKYO      7429769527700000263959 9 CKCD 5813  XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -149.98 |
| 10/05/15 | CHECKCARD  1002 GOOGLE *SVCSAPPS_JUMPI CC@GOOGLE.COMCA  2469216527500008700206 35 CKCD 7311 XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -80.00 |
| 10/05/15 | CHECKCARD  1002 ALIEXPRESS 408-748-1200 DE 2422443527610102960346 2 CKCD 5965  XXXXXXXXXXXX0614 XXXX XXXX XXXX 0614 | -3.47 |

continued on the next page

 EXHIBIT

 **CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 01, 2015 through October 30, 2015
Account Number: J183



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002152 DRE 703 210 30815 NNYNNNNNNNN  1 000000000 D2 0000
AWW SO CUTE INC
3150 W SAHARA AVE STE B13
LAS VEGAS NV 89102-6065

Reminder about fees for cash deposits to business accounts

The fee for cash deposited with a teller or at a night depository that is above the amount
you can deposit at no charge as a benefit of your specific deposit product is $2.50
per $1,000 deposited, as we previously disclosed to you. Please refer to the Product
Features for your account(s) in the Additional Banking Services and Fees disclosure
we gave you when you opened your account.

We offer alternative methods for depositing cash, such as Chase ATMs and cash vault
services. These methods may result in lower fees. Please visit a branch or speak with
your banker for more information.

## CHECKING SUMMARY  Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $809.99 |
| Deposits and Additions | 46 | 19,726.78 |
| ATM & Debit Card Withdrawals | 49 | - 7,294.66 |
| Electronic Withdrawals | 38 | - 9,260.85 |
| Fees and Other Withdrawals | 3 | - 3,973.00 |
| Ending Balance | 136 | $8.26 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Cts Holdings,LLC Settlement 064157600010929 CCD ID: 1200675870 | $49.21 |
| 10/02 | Cts Holdings,LLC Settlement 064157600010930 CCD ID: 1200675870 | 386.93 |
| 10/05 | Cts Holdings,LLC Settlement 064157600011001 CCD ID: 1200675870 | 267.79 |
| 10/05 | Shopify Payments Transfer         CCD ID: Wfmstripe1 | 88.65 |
| 10/05 | American Express Settlement 5271569154      CCD ID: 1134992250 | 9.95 |
| 10/06 | Cts Holdings,LLC Settlement 064157600011002 CCD ID: 1200675870 | 974.68 |
| 10/06 | Cts Holdings,LLC Settlement 064157600011004 CCD ID: 1200675870 | 443.86 |
| 10/06 | Cts Holdings,LLC Settlement 064157600011003 CCD ID: 1200675870 | 279.28 |
| 10/07 | Cts Holdings,LLC Settlement 064157600011005 CCD ID: 1200675870 | 439.43 |
| 10/08 | Deposit   1516001229 | 300.00 |
| 10/08 | Homeaway      Remittance 4956473:75      CCD ID: 1411955039 | 2,790.00 |
| 10/08 | Cts Holdings,LLC Settlement 064157600011006 CCD ID: 1200675870 | 369.09 |
| 10/09 | Cts Holdings,LLC Settlement 064157600011007 CCD ID: 1200675870 | 202.51 |



## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/13 | Cts Holdings,LLC Settlement 064157600011008 CCD ID: 1200675870 | 382.91 |
| 10/13 | American Express Settlement 5271569154     CCD ID: 1134992250 | 114.87 |
| 10/13 | American Express Settlement 5271569154     CCD ID: 1134992250 | 29.89 |
| 10/13 | American Express Settlement 5271569154     CCD ID: 1134992250 | 27.89 |
| 10/14 | Cts Holdings,LLC Settlement 064157600011011 CCD ID: 1200675870 | 465.64 |
| 10/14 | Cts Holdings,LLC Settlement 064157600011009 CCD ID: 1200675870 | 434.76 |
| 10/14 | Cts Holdings,LLC Settlement 064157600011010 CCD ID: 1200675870 | 357.67 |
| 10/14 | Cts Holdings,LLC Settlement 064157600011012 CCD ID: 1200675870 | 285.66 |
| 10/15 | ATM Cash Deposit      10/15 8366 W Thunderbird Rd Peoria AZ Card 8923 | 1,500.00 |
| 10/15 | Cts Holdings,LLC Settlement 064157600011013 CCD ID: 1200675870 | 195.61 |
| 10/16 | Cts Holdings,LLC Settlement 064157600011014 CCD ID: 1200675870 | 170.41 |
| 10/19 | Cts Holdings,LLC Settlement 064157600011015 CCD ID: 1200675870 | 223.13 |
| 10/19 | American Express Settlement 5271569154     CCD ID: 1134992250 | 193.53 |
| 10/19 | American Express Settlement 5271569154     CCD ID: 1134992250 | 136.98 |
| 10/19 | Shopify Payments Transfer          CCD ID: Wfmstripe1 | 56.97 |
| 10/20 | Cts Holdings,LLC Settlement 064157600011017 CCD ID: 1200675870 | 1,184.43 |
| 10/20 | Cts Holdings,LLC Settlement 064157600011018 CCD ID: 1200675870 | 758.26 |
| 10/20 | Cts Holdings,LLC Settlement 064157600011016 CCD ID: 1200675870 | 593.49 |
| 10/21 | Cts Holdings,LLC Settlement 064157600011019 CCD ID: 1200675870 | 623.10 |
| 10/21 | American Express Settlement 5271569154     CCD ID: 1134992250 | 103.92 |
| 10/22 | Cts Holdings,LLC Settlement 064157600011020 CCD ID: 1200675870 | 1,384.59 |
| 10/22 | American Express Settlement 5271569154     CCD ID: 1134992250 | 9.95 |
| 10/23 | Cts Holdings,LLC Settlement 064157600011021 CCD ID: 1200675870 | 306.81 |
| 10/26 | Cts Holdings,LLC Settlement 064157600011022 CCD ID: 1200675870 | 142.62 |
| 10/26 | American Express Settlement 5271569154     CCD ID: 1134992250 | 140.62 |
| 10/26 | Shopify Payments Transfer          CCD ID: Wfmstripe1 | 74.05 |
| 10/27 | Cts Holdings,LLC Settlement 064157600011023 CCD ID: 1200675870 | 681.58 |
| 10/27 | Cts Holdings,LLC Settlement 064157600011025 CCD ID: 1200675870 | 297.47 |
| 10/27 | Cts Holdings,LLC Settlement 064157600011024 CCD ID: 1200675870 | 267.03 |
| 10/28 | Cts Holdings,LLC Settlement 064157600011026 CCD ID: 1200675870 | 430.78 |
| 10/29 | Homeaway      Remittance 5081692:75     CCD ID: 1411955039 | 629.98 |
| 10/29 | Cts Holdings,LLC Settlement 064157600011027 CCD ID: 1200675870 | 542.86 |
| 10/30 | Cts Holdings,LLC Settlement 064157600011028 CCD ID: 1200675870 | 377.94 |
| **Total Deposits and Additions** | | **$19,726.78** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Non-Chase ATM Withdraw  10/01 Kubo Bldg 2-9-2 Yo Yogi Tokyo Card 8923  Yen  600.00 X 0.008364500 (Exchg Rte) + 15.06 (Exchg Rte Ad | $516.93 |
| 10/05 | Card Purchase       10/01 Satsukashiyotsupukamosh Tokyo Card 8923  Yen  16.20 X 0.008425926 (Exchg Rte) + 0.40 (Exchg Rte ADJ) | 14.05 |
| 10/05 | Card Purchase       10/03 Apl* Itunes.Com/Bill 866-712-7753 CA Card 8923 | 2.99 |
| 10/05 | Card Purchase       10/04 Mailchimp Mailchimp.Com GA Card 8923 | 240.00 |
| 10/06 | Recurring Card Purchase 10/06 Dtv*Directv Service 800-347-3288 CA Card 8923 | 247.65 |
| 10/07 | Card Purchase       10/07 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 20.40 |
| 10/07 | Card Purchase       10/07 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 38.82 |
| 10/07 | Recurring Card Purchase 10/06 Parallels Inc 425-282-6400 WA Card 8923 | 35.00 |
| 10/08 | Card Purchase       10/07 Landscape Lighting Wo 813-978-3700 FL Card 8923 | 59.85 |
| 10/08 | Card Purchase       10/07 Lvvwd-4 800-252-2011 NV Card 8923 | 100.00 |



# CHASE ○



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/08 | Recurring Card Purchase 10/06 AT&T*Bill Payment 800-288-2020 TX Card 8923 | 310.00 |
| 10/08 | Recurring Card Purchase 10/07 Privateinternetaccess 855-266-6876 MI Card 8923 | 6.95 |
| 10/09 | Card Purchase         10/09 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 29.08 |
| 10/09 | Card Purchase         10/09 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 18.36 |
| 10/09 | Card Purchase         10/08 Dal-Tile #527 Phoenix 602-258-9390 AZ Card 8923 | 417.06 |
| 10/09 | Card Purchase         10/08 Landscape Lighting Wo 813-978-3700 FL Card 8923 | 75.79 |
| 10/09 | Card Purchase         10/08 Sq *Pool Service Las Vegas NV Card 8923 | 250.00 |
| 10/09 | Card Purchase         10/08 Sq *Chad Michael Hair Scottsdale AZ Card 8923 | 48.00 |
| 10/09 | Card Purchase W/Cash   10/09 Wal-Mart #4275 Peoria AZ Card 8923  Purchase $40.86 Cash Back $40.00 | 80.86 |
| 10/09 | Recurring Card Purchase 10/09 Cox*Las Vegas Comm Sv 702-383-4000 NV Card 8923 | 149.89 |
| 10/13 | Card Purchase         10/09 Sears Carpet Cln95373 Phoenix AZ Card 8923 | 247.00 |
| 10/13 | Card Purchase         10/09 Bashas' #120 Peoria AZ Card 8923 | 44.46 |
| 10/13 | Card Purchase         10/09 Sprouts Farmers Mar Peoria AZ Card 8923 | 41.57 |
| 10/13 | Non-Chase ATM Withdraw 10/13 13950 North 75th Avenue Peoria AZ Card 8923 | 164.00 |
| 10/13 | Recurring Card Purchase 10/13 Eosfitness.Com Azp 800-693-3948 AZ Card 8923 | 19.53 |
| 10/14 | Card Purchase         10/13 Arrow Animal Hospital Glendale AZ Card 8923 | 176.30 |
| 10/15 | Card Purchase         10/15 Sproutvideo LLC 855-777-6889 NY Card 8923 | 50.00 |
| 10/15 | Card Purchase         10/15 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 28.95 |
| 10/15 | Card Purchase         10/15 Stamps.Com *Uspostag 877-782-6785 CA Card 8923 | 250.00 |
| 10/15 | Non-Chase ATM Withdraw 10/15 13950 North 75th Avenue Peoria AZ Card 8923 | 464.00 |
| 10/15 | Recurring Card Purchase 10/15 Dtv*Directv Service 800-347-3288 CA Card 8923 | 111.25 |
| 10/19 | Card Purchase         10/17 Truly Nolen of Americ 623-974-9554 AZ Card 8923 | 37.00 |
| 10/19 | Non-Chase ATM Withdraw 10/18 13950 North 75th Avenue Peoria AZ Card 8923 | 104.00 |
| 10/19 | Card Purchase         10/18 Target     00008250 Peoria AZ Card 8923 | 105.25 |
| 10/19 | Card Purchase         10/18 Homegoods #444 Peoria AZ Card 8923 | 70.25 |
| 10/22 | Card Purchase         10/21 Sq *Pool Service Las Vegas NV Card 8923 | 550.00 |
| 10/22 | Card Purchase W/Cash   10/22 Bashas' #120 Peoria AZ Card 8923  Purchase $87.72 Cash Back $100.00 | 187.72 |
| 10/23 | Card Purchase         10/21 Ageless Men'S Health AZ Glendale AZ Card 8923 | 210.00 |
| 10/26 | Card Purchase         10/24 Stamps.Com *Uspostag 877-782-6785 CA Card 8923 | 300.00 |
| 10/26 | Card Purchase         10/24 Mailchimp Mailchimp.Com GA Card 8923 | 50.00 |
| 10/26 | Card Purchase         10/24 Shell Oil 93004138504 Glendale AZ Card 8923 | 50.83 |
| 10/26 | Card Purchase         10/24 Frys-Food-Drg #060 Glendale AZ Card 8923 | 80.76 |
| 10/26 | Card Purchase         10/24 Trader Joe's #085 Qps Glendale AZ Card 8923 | 50.34 |
| 10/27 | Card Purchase         10/26 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 12.97 |
| 10/28 | Card Purchase         10/27 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8923 | 185.43 |
| 10/28 | Card Purchase         10/27 Mga*Gainsco Auto Ins 866-424-6726 TX Card 8923 | 586.48 |
| 10/28 | Card Purchase         10/27 Dnh*Godaddy.Com 480-5058855 AZ Card 8923 | 84.89 |
| 10/30 | Card Purchase         10/29 Sq *Chad Michael Hair Phoenix AZ Card 8923 | 120.00 |
| 10/30 | Card Purchase         10/29 Sq *Millenium Lawn Serv Las Vegas NV Card 8923 | 250.00 |
| | **Total ATM & Debit Card Withdrawals** | **$7,294.66** |

## ATM & DEBIT CARD SUMMARY

Steve Pandi  Card 8923

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,248.93 |
| Total Card Purchases | $6,045.73 |
| Total Card Deposits & Credits | $1,500.00 |

ATM & Debit Card Totals

Case 2:15-bk-08302-DPC    Doc 47    Filed 12/18/15    Entered 12/18/15 15:38:09    Desc
Main Document    Page 17 of 20

**CHASE** 

/

October 01, 2016 through October 30, 2016

Account Number: 33

| | | |
|---|---|---|
| Total ATM Withdrawals & Debits | | $1,248.93 |
| Total Card Purchases | | $6,045.73 |
| Total Card Deposits & Credits | | $1,500.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | $138.62 |
| 10/01 | American Express Axp Discnt 5271569154      CCD ID: 1134992250 | 10.32 |
| 10/02 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/02 | Authnet Gateway Billing    40065155      CCD ID: 1870568569 | 25.55 |
| 10/05 | Chase Quickpay Electronic Transfer 4917654102 To Bill Baney | 350.00 |
| 10/05 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/06 | Chase Quickpay Electronic Transfer 4923935224 To Bill Baney | 300.00 |
| 10/06 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/07 | Cts Holdings,LLC Settlement 064157600011005 CCD ID: 1200675870 | 289.43 |
| 10/07 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/08 | 10/08 International Wire Transfer Via: Bank of America, N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: George Pandi Toronto On I4C8N2 CA Ssn: 0385625 Trn: 4077300281Es | 1,000.00 |
| 10/08 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/09 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/13 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/14 | Chase Quickpay Electronic Transfer 4939657497 To Bill Baney | 250.00 |
| 10/14 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/14 | Southwest Gas   App          PPD ID: 4880085720 | 87.57 |
| 10/15 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/16 | 10/16 Wire Transfer Via: US Bk OR Por/123000220 A/C: Stan Corp Mortgage Investors, LLC Ref: Attn: Loan Servicing-Cash Desk (971-321-8573 Loan# A8031002) Imad: 1016B1Qgc04C001159 Trn: 5250500288Es | 1,500.00 |
| 10/16 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/19 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/19 | Cts Holdings,LLC Settlement 064157600011015 CCD ID: 1200675870 | 7.99 |
| 10/20 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/21 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/22 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/23 | 10/23 International Wire Transfer Via: Bank of America, N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: George Pandi Richmond Hill On 14C8N2 CA Ssn: 0356799 Trn: 4246700296Es | 800.00 |
| 10/23 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/26 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/26 | Southwest Gas   App          PPD ID: 4880085720 | 18.97 |
| 10/27 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/27 | Cts Holdings,LLC Settlement 064157600011025 CCD ID: 1200675870 | 10.00 |
| 10/28 | Chase Quickpay Electronic Transfer 4967006602 To Todd Reinsch | 100.00 |
| 10/28 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/29 | 10/29 International Wire Transfer Via: Bank of America, N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: George Pandi Toronto On L4C8N2 CA Ssn: 0368295 Trn: 3916900302Es | 1,000.00 |
| 10/29 | Chase Quickpay Electronic Transfer 4968684648 To Kevin Marshall | 350.00 |
| 10/29 | Chase Quickpay Electronic Transfer 4968681166 To Bill Baney | 250.00 |
| 10/29 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| 10/30 | Mcs          Payment          2351-6168 CCD ID: 1201770481 | 138.62 |
| **Total Electronic Withdrawals** | | **$9,260.85** |

/



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/05 | Service Charges For The Month of September | $473.00 |
| 10/08 | 10/08 Withdrawal | 1,000.00 |
| 10/20 | 10/20 Withdrawal | 2,500.00 |
| | **Total Fees & Other Withdrawals** | **$3,973.00** |

You were charged a monthly service fee of $20.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $50,000.00. Your relationship balance was $571.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/01 | $193.33 | 10/13 | 231.43 | 10/22 | 1,458.91 |
| 10/02 | 416.09 | 10/14 | 1,122.67 | 10/23 | 617.10 |
| 10/05 | -436.18 | 10/15 | 1,775.46 | 10/26 | 284.87 |
| 10/06 | 575.37 | 10/16 | 307.25 | 10/27 | 1,369.36 |
| 10/07 | 492.53 | 10/19 | 454.75 | 10/28 | 704.72 |
| 10/08 | 1,336.20 | 10/20 | 352.31 | 10/29 | 138.94 |
| 10/09 | 331.05 | 10/21 | 940.71 | 10/30 | 8.26 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $20.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $140.00 |
| **Total Service Charges** | **$160.00** Will be assessed on 11/4/15 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 83 |
| Deposits / Credits | 45 |
| Deposited Items | 2 |
| **Total Transactions** | **130** |

Chase Performance Business Checking allows up to 350 checks, deposits, and deposited items per statement cycle. Your transaction total for this cycle was 130.

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT 000000186220183 | | | | | |
| Monthly Service Fee | 1 | | | $20.00 | $20.00 |
| Transactions | 130 | 350 | 0 | $0.00 | $0.00 |
| Outgoing Wires - Domestic Manual | 1 | 2 | 0 | $30.00 | $0.00 |
| **Subtotal** | | | | | **$20.00** |
| **Other Fees** | | | | | |
| Outgoing Wires - International Manual | 3 | 0 | 3 | $45.00 | $135.00 |
| ATM - Non Chase Withdrawal | 3 | 0 | 3 | $0.00 | $0.00 |
| ATM - International Withdrawal | 1 | 0 | 1 | $5.00 | $5.00 |

 CHASE

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Total Service Charge (Will be assessed on 11/4/15) | | | | | $160.00 |

ACCOUNT 000000186220183

| | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | 1 | | | | |
| Transactions | 130 | | | | |
| Outgoing Wires - Domestic Manual | 1 | | | | |
| Outgoing Wires - International Manual | 3 | | | | |
| ATM - Non Chase Withdrawal | 3 | | | | |
| ATM - International Withdrawal | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Case 2:15-bk-08302-DPC    Doc 47    Filed 12/18/15    Entered 12/18/15 15:38:09    Desc
Main Document    Page 20 of 20